Ginny H.K. Walia; SBN 225570
Ginny Walia Law Offices, Inc.
39275 Mission Blvd, Suite 101
Fremont CA 94539
Telephone: 408.724.9200
Fax: 408.724.9202

Attorney for Defendant
SANTOSH GIRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:19-CR-00099 EJD |
| Plaintiff, | **SANTOSH GIRI'S SENTENCING MEMORANDUM** |
| and | |
| SANTOSH GIRI, | |
| Defendant. | |

Defendant, SANTOSH GIRI, hereby submits the following Defendant's Sentencing Memorandum.

Date: April 15, 2025,                    Respectfully Submitted,

*Ginny Walia*
_____

GINNY WALIA, ESQ
Attorney for Defendant, SANTOSH GIRI

Defendant's Sentencing Memorandum

# TABLE OF CONTENTS

1.    INTRODUCTION..................................................................3

2.    ARGUMENT ....................................................................4

    A.    The Nature and Circumstances of the Offense Support a Variance ...............4

    B.    A Non-Custodial Sentence is Warranted Based on Mr. Giri's Personal History and Characteristics ........................................................5

    C.    Mr. Giri's Conduct is Aberrant, and it is Unnecessary to Imprison him to Protect the Community ........................................................7

    D.    Mr. Giri's Extraordinary Acceptance of Responsibility Supports a Variance ....................................................................7

    E.    The Need to Avoid an Unwarranted Sentencing Disparity Supports a Sentence of Probation. ........................................................8

    F.    Probation is a Meaningful Punishment................................................8

3.    CONCLUSION ...................................................................9

# 1. INTRODUCTION

Santosh Giri pled guilty to conspiracy to commit visa fraud and for visa fraud aiding and abetting and is to be sentenced on the basis of his plea. He requests the court sentence him appropriately for his role in the scheme because he was not the principal in the scheme. Nevertheless, Mr. Giri takes full responsibility for his conduct. A prison term is not necessary to deter Mr. Giri or punish him for his role in the offense and there is no need to protect the community from him

Mr. Giri was solicited by Kumar Aswapathi and Dattapuram to engage in a scheme to file fraudulent H-1B petitions to fill jobs for their operation. Prior to meeting Aswapathi and Dattapuram, Mr. Giri was gainfully employed as a paralegal preparing H-1B petitions for well-known immigration attorneys. Mr. Giri continues that work in paralegal capacity until present and a number of those attorneys have provided recommendation letters on behalf of Mr. Giri for the work he had performed and continues to perform for them. Mr. Giri admits that he violated the law and engaged in the conduct leading to the charges against him in this case. Prior to the charges leading to the current case being filed against him, Mr. Giri was an upstanding member of the community having been a lawyer in his home country of Nepal and working in the legal profession since his immigration to the United States. He completed hundreds of hours of community service in the legal profession in his home country and continued to work with many nonprofit organizations who worked for the benefit of women and children. Attached hereto as **Exhibit A** is a letter from his wife, **Exhibit B** are letters from his employers who wrote the letters having being apprised of the criminal charges against him and **Exhibit C** incorporates his personal background along with additional character letters and letters from various nonprofits Mr. Giri worked with.

Defendant's Sentencing Memorandum

## 2.  ARGUMENT

**The Factors Set Forth in 18 U.S.C. § 3553(a) Support a Sentence of No More Than Probation.**

In determining the appropriate sentence in a particular case, the "overarching statutory charge for the district court" under 18 U.S.C. § 3553(a) is to impose a sentence that is "'sufficient, but not greater than necessary' to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; to afford adequate deterrence; to protect the public; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment.'" United States v. Carty, 520 F.3d 984, 991 (9th Cir. 2008) (en banc) (citing 18 U.S.C. § 3553(a) and (a)(2)). While every sentencing proceeding must "begin by determining the applicable Guidelines range," the district court is not permitted to presume that the Guidelines range is reasonable. Id. (citing Rita v. United States, 551 U.S.338, 351 (2007)). "Nor should the Guidelines factor be given more or less weight than any other. While the Guidelines are to be respectfully considered, they are one factor among the § 3553(a) factors that are to be taken into account in arriving at an appropriate sentence." Id. (citing Kimbrough v. United States, 552 U.S. 85, 101 (2007), and Gall v. United States, 552 U.S. 38, 50 (2007)). In the present case, all of the mitigating factors including the recommendation by probation support a sentence of probation. Given Mr. Giri's conduct, this sentence is "sufficient but not greater than necessary."


**A.  The Nature and Circumstances of the Offense Support a Variance**

In sentencing Mr. Giri, § 3553(a)(1) instructs that the Court "shall consider the nature and circumstances of the offense" and the need to provide for a "just punishment." 18 U.S.C. § 3553(a)(1). Mr. Giri agrees this was a serious offense. However, Mr. Giri's role was not that of a principle. Mr. Giri has been employed in this field for years preceding the conduct that

Defendant's Sentencing Memorandum

let to the charges against him in this case. He felt a comradery with the codefendants and still does not understand to this day how he walked a path that was so uncharacteristic of him. He got paid a mere $400-$700 per petition for the codefendants as he had been getting paid by the law-abiding firms that he worked for. He had not gotten any profits from the enterprise and was never supposed to have any principal role in the operation, leading to any profits in the future. He was certainly not the mastermind and later met with the government and admitted his conduct.

Although, he did not enter an official plea until a week before trial was set, he repeatedly informed the government through counsel that he did not intend to try the case. It would also not make any sense to try the case after the number of proffer sessions he had conducted with the government. He held out until the last minute because there were ongoing discussions regarding a potential negotiated disposition that he hoped to benefit from. However, the government understood he was a cooperative witness. It is submitted that his proffers helped the prosecution understand the case better. His cooperation eventually led to the Dattapuram pleading on the last day before trial. The Court should take into consideration that there are no known victims of this crime, and that Mr. Giri has paid a hefty price for this conduct that was not any more beneficial to him than the legal work he did for other law-abiding firms. He acted impulsively and once he got involved in the scheme, he did not know how to get out. In fact, it was Mr. Giri who eventually informed both codefendants that he would no longer process these applications.

**B.  A Non-Custodial Sentence is Warranted Based on Mr. Giri's Personal History and Characteristics**

Mr. Giri's personal character should be considered as a compelling factor against the need to imprison him. He was a lawyer in his home country of Nepal and comes from a pedigree family of lawyers with his father having served as a chief justice in the Supreme

Defendant's Sentencing Memorandum

Court in Nepal. When Mr. Giri immigrated to the United States, he obtained his LLM and worked towards becoming an attorney. He worked as a paralegal to support his family including his two children, one of whom attends college and the other is in 11th grade in high school in Santa Clara County. Mr. Giri's wife and his two children became U.S. Citizens but he got left behind because of this case. Now, he also faces immigration consequences especially with the current administration, that make very likely the risk that he will be stripped of his green card and will be deported away from his wife and family and the only home he has known for the last two decades. He had lived a law abiding life and a life of service working with many community service organizations helping women and children. The current offense is completely out of character for him. He has been disgraced in his community that had him on a pedestal now that he has been convicted of 11 felonies and awaits a potential fate in prison followed by deportation. The Court should take into consideration his genuine feelings of disgrace, stigma within his community and sleepless nights pondering his own fate and his family's due to his actions. There is also no risk of recidivism given the aberrational nature of the instance offense and a probation sentence is more than sufficient but not greater than necessary.

If Mr. Giri were sentenced to custody, it would be an extreme hardship for his wife and children and especially his son who is going to be starting his senior year in high school. In reaching a sentencing determination, this Court may consider the hardship that a defendant's imprisonment will cause his family. See United States v. Whitehead, 532 F.3d 991, 993 (9th Cir. 2008) (affirming sentence of probation where Guidelines range was 41 to 51 months, based in part on the extent to which the defendant's daughter was dependent upon him). His son looks up to him as a role model and it would devastate him to go through his final year in high school without his father especially if his incarceration is followed by deportation. Mr. Giri and his wife have never spent any time apart from each other and she relies on him on a day-

Defendant's Sentencing Memorandum

to-day basis for support. The family has spent the last 6 years on pins and needles wondering about their fate with this case having been pending since 2019. All these factors favor a sentence of probation.

**C. Mr. Giri's Conduct is Aberrant, and it is Unnecessary to Imprison him to Protect the Community**

Because Mr. Giri has never before been arrested nor committed a crime, the court should grant a variance based on the aberrant nature of the conduct. See, e.g., United States v. Howe, 543 F.3d 128 (3rd Cir. 2008) (variance based on "isolated mistake" in otherwise long and entirely upstanding life); see also USSG § 5K2.20, p.s. ("A sentence below the applicable guideline range may be warranted in an extraordinary case if the defendant's criminal conduct constituted aberrant behavior.").

**D. Mr. Giri's Extraordinary Acceptance of Responsibility Supports a Variance**

Although extraordinary acceptance of responsibility cannot provide the basis for a downward departure, see USSG § 5K2.0(d)(2), it can provide the basis for a downward variance under § 3553, see United States v. Severino, 454 F.3d 206, 211 (3d Cir. 2006). When he was approached by the codefendants to process the H1B applications, he did not consider the possibility that he was being solicited to file fraudulent applications. He took it as any other job. It was not until he began the work that it became clear the applications were fraudulent. He requests the court consider this factor in sentencing him.

Defendant's Sentencing Memorandum

### E. The Need to Avoid an Unwarranted Sentencing Disparity Supports a Sentence of Probation.

In sentencing Mr. Giri, the Court must consider the need to avoid unwarranted sentencing disparity. 18 U.S.C. § 3553(a)(6). In this respect, the Court should consider the fact that Mr. Aswapathi is being recommended a sentence under Zone A due to the 4-point reduction likely to result in a probation sentence. Mr. Aswapathi is the reason that Mr. Giri become involved in this offense. He introduced him to Dattapuram and asked him to process the fraudulent applications for their business. Mr. Giri was never inclined to start such a business nor has he processed any other fraudulent applications for any other employer. To impose a greater sentence on Mr. Giri than Mr. Aswapathi would be inequitable and result in an unwarranted sentencing disparity.

### F. Probation is a Meaningful Punishment

In this case, a sentence of probation would provide sufficient punishment. As the sentencing court in Gall observed, "probation, rather than 'an act of leniency,' is a 'substantial restriction of freedom.'" Gall, 552 U.S. at 44. The court went on to explain:

> "[The defendant] will have to comply with strict reporting conditions along with a three-year regime of alcohol and drug testing. He will not be able to change or make decisions about significant circumstances in his life, such as where to live or work, which are prized liberty interests, without first seeking authorization from his Probation Officer or, perhaps, even the Court. Of course, the Defendant always faces the harsh consequences that await if he violates the conditions of his probationary term."

Id. The Supreme Court concurred, noting that probationers are "subject to several standard conditions that substantially restrict their liberty." Id. at 48. Probation would be particularly appropriate for Mr. Giri. He is not violent, has no criminal history, has been a role model for his children and his community. The felony convictions, combined with the restrictions that

Defendant's Sentencing Memorandum

accompany probation, is sufficient, but not greater than necessary, punishment called for by § 3553(a).

### 3.  CONCLUSION

For the reasons set forth above, defendant Santosh Giri respectfully requests that the Court grants a sentence of probation without imprisonment. Such a sentence is sufficient, but not more than necessary, to comport with the goals of sentencing for this particular defendant.

Date: April 15, 2025,                                  Respectfully Submitted,

*Ginny Walia*
_____

GINNY WALIA, ESQ
Attorney for Defendant, SANTOSH GIRI

Defendant's Sentencing Memorandum

# EXHIBIT A

Mameeta Nepali Giri
1465 Mount Shasta Drive
San Jose, CA 95125
Phone: 4089159124
Email girimameeta@gmail.com

January 29, 2025

## With reference to my husband Santosh Giri's character

Respectful Sir or Madam

I am Mameeta Nepali Giri, a spouse of Santosh Giri who currently has an ongoing case at the respected court. I am writing this letter to explain in detail about his character as a husband, father, son, brother, friend and as an individual person. Respected Honorable Judge, I seek mercy from the respected court during the sentencing as much as possible.

We met in 1997 while we attended law school at Nepal Law Campus in Kathmandu, Nepal. We have been happily married since 2002 and we are proud parents of two children, our daughter Bivuti Giri (22) who helps me run our family restaurant as a responsible young entrepreneur and our son Ozas Giri (16) who is currently a very bright student in 11th grade as well as a disciplined martial arts player. We both came as students to the United States in 2005 and our daughter later joined us in 2006. Our son was born here in 2008. I am a law abiding good citizen of the United States, paying state and federal taxes and I have created many jobs through my small business.

My husband is my best friend. I am the happiest and content wife in the world. He is my mentor and my role model in many ways. He is a perfect example of kindness, humbleness, honesty, simplicity, humanity, patience, empathy, love, passion and a down to earth person. As a husband, he has all of those characters that a spouse could hope for. He listens, resolves and always makes every situation that we come across. He respects and values my thoughts, my decisions. He is very supportive of me in everything, every step and decisions I have taken and he is the best and perfect husband. When I shared my dream of opening a restaurant, he started helping me in every possible way to make my dream into reality and he still continues to help me everyday morning or midnight, besides his work. As a husband, he stood against all odds and started a new life with me in the US, leaving behind everything. Ours is an inter-caste marriage in Nepal which is seldom recognized due to racial discrimination and social disparity. We fought against the traditional caste system, established ourselves as an exemplary couple for others, leading the way by example. It is one of the main reasons why he moved to the United States apart from the heinous corruption which has plagued Nepali society till today.

As a father, he literally raised our both children, helped them become bold and confident and teaches us to always choose the right path. Even though the children are raised in the United States, they both have deep connection to their heritage, culture, relatives, family and community. Dropping off kids at school, extra curricular, sports, teaching them driving, teaching them with life lessons through community service, volunteerism, teaching them cooking, taking care of house errands and become responsible good citizens, taking care of all of the household chores from cooking, cleaning, groceries are few of the many responsibilities he has been taking care of. I can write thousands of pages about his good character. I can write non-stop about his best qualities. He is a perfect loving and caring husband.

As a son, he has always been available for his parents, elderly relatives and even parents of his friends. He spent several months in Nepal for medical treatment of his father Late Chief Justice of Nepal Kedar Prasad Giri in 2017 and 2018, completely focusing on his father's well being. My father-in-law passed away on November 23, 2018. Since then he has been highly supportive of my mother-in-law who lives in Nepal and I do not know a single day when he has not called her in the mornings and  evenings on video calls to check on her health, needs and well being. He also regrets not being able to go meet his elderly mother to take care of her because of the ongoing case and this has caused him to suffer high blood pressure and anxiety.

As a friend, I find him extremely open, eager to help for anything I could ask for. In my life for the first time I heard from him that lawyers are social engineers and lawyers can shape the society. He has a vision to change our society and is a visionary. Not only my best friend, he is best friends for many others. He selflessly joined the 2015 Earthquake Taskforce of Nepal from San Jose, although the team was operating from Nepal. Our entire family volunteered to help the victims. He helped hundreds of doctors, nurses, philanthropists and volunteers move around to the needy in a rapid response team. He made great friends for life then, which later became the first independent youth led political movement in Nepal, well known as Bibeksheel Nepali, where he is a founder. He has never turned down any request for humanitarian assistance. He has personally gifted poor students with scholarships to complete their education and today these young people are considered the most effective youth leaders in Nepal such as Ranju Darshana a Mayoral candidate in 2017, mentored Biraj Bhakta Shrestha a Youth and Sports Minister in 2024, and co-worked with Late Ujwal Thapa founder of WhyNepal and many more youth in Nepal and USA. He has been a great mentor, friend and support system for many individuals, classmates and colleagues in many countries.

As an individual, I find him always caring for the society, his roots and our community. His hobbies are charity work, social change and helping people is his character. He has helped many Nepali students who were dropouts and became homeless, to return back to Nepal to restart their life with their loved ones and all of them are doing extraordinarily well. He is always there for

everyone who seeks help. He has inspired the younger generation for a better future and social change. Many look up to him as inspiration in our Nepali community here in the USA as well as in Nepal where he is known for his selfless help. Respected Honorable Judge, please have some mercy on my family, my children while you are determining sentencing.

I am requesting mercy from the court because thousands of his good virtues should not be ignored while sentencing him. Many friends, coworkers, colleagues, organizations have come forward and offered their voice at this point of our life, offering interest to testify at the court if needed. His supervising attorneys continue to hire him for his highest work ethics standards despite knowing this open legal matter against him. Some of the law firms he works for have offered to assist his counsel.

Therefore, I faithfully request your honor to consider my plight and pardon him or show leniency while sentencing him.

Faithfully,

Mameeta Nepali Giri

# EXHIBIT B



April 22,2024

Character Reference Letter for Santosh Giri

Dear Sir or Madam,

My name is Ashley Dworsky, I am the principal of The Dworsky law Firm in Illinois. I am licensed to practice law in both New York and Chicago. I have been practicing Immigration law in the United States for the last 25 years. Prior to that, I was a practicing Barrister in South Africa for 14 years.

I have known Santosh Giri since 2016 when I hired him as a remote contract paralegal to handle all forms of business immigration cases for our firm. He has been assisting me and my team flawlessly and has gone above and beyond to coordinate with my corporate clients and individuals to deliver their cases timely, accurately and precisely by drafting letters, forms, agreements, email coordination, reviews and revisions.

Previously, I provided a Character Reference letter for him in 2021 per his request to his attorney. Now I am writing this letter again to further reiterate his high quality of work, work ethics, integrity and attention to detail.

He informed me of the legal matter against him and I appreciated his due diligence in doing so. I decided to continue working with him and I am pleased to have made that decision- I am extremely satisfied with his level of work. I have no reservations regarding his professionalism, integrity and work ethics, and my clients are equally satisfied with his work. He continues to uphold the professional values that I detailed in the previous reference.

I would welcome the opportunity to provide additional information regarding his work and individual character, should same be required.

Sincerely,

Ashley Dworsky

**THE DWORSKY LAW FIRM**

Enclosures

3400 Dundee Road
Suite 200
Northbrook IL 60062
847.441.4188
info@dworskylaw.com
dworskylaw.com



2150 Shattuck Avenue, Suite 135
Berkeley, CA 94704
(510) 402-4570
(415) 528-4297
gshah@gopalshahlaw.com
www.gopalshahlaw.com

### RE: Character Reference for Mr. Santosh Giri

I am an Immigration lawyer. I have been practicing Immigration law full-time since 2014.

I am writing this letter for character reference for Mr. Santosh Giri, who has assisted me as a contract paralegal in business immigration matters since 2015. In addition to being my paralegal, we also attended law school in Nepal and practiced law together in Nepal. He also attended a US law school where I attended as well. I know him personally and professionally. I have never known any professional misconduct by Mr. Giri. He is a person with good moral character and a high work ethic.

In 2019, he disclosed to me his ongoing matter candidly. I decided to continue working with him as my business immigration paralegal because of his strong work ethic, professionalism, and responsible nature. Over these years, he has continued to demonstrate and uphold these characteristics. We never had any professional and ethical issues with him. I have also recommended his contract paralegal services to other Immigration attorneys who seem to be satisfied and happy with Mr. Giri's professionalism and work ethic.

Please contact me if you have any further questions regarding him. Thank you.

_Gshah_

Gopal Shah, Esq.
Gopal Shah Immigration PC
2150 Shattuck Avenue, Suite 135
Berkeley, CA 94704
Phone: (510) 402-4570 (Office)
        (415) 624-4630 (Cell Phone)
E-mail: gshah@gopalshahlaw.com                    Date: April 19, 2024

My name is Bandita Sharma Dahal. I am a naturalized citizen. I am the first Nepalese women attorney holding  licensed in USA (New York) and Nepal. I have been practicing immigration law in USA for almost 10 years.

I have known Santosh Giri for more than 25 years. He was my class mate while back in Nepal. We went to Nepal Law Campus together. We did our intermediate in law, bachelor's in law and masters in law together from Nepal Law Campus,  Tribhuvan University. We were in the same university from around 1994 until 2003.

In the class of more than hundred students. It was hard to remember or notice all the boys in the class but Santosh also stood out. He was among the very few initiator and motivator. He was always go-getter and change maker.

When most of the students were having fun and partying out, he started an organization called lawyers it was legal awareness. He and his team of friends were involved in advocacy and legal awareness among marginalized group.

After completion of law, our path cross in the course of work. Sometimes in court or sometimes in organization like forum for women, law and development.

He has always  fought against injustice. He was prominent in fighting caste discrimination in Nepal.

As a young entrepreneur and mentor, he has helped many youths. I came to USA around 2003 and still maintained communication with him through social Networks as a batch mate.

I met him in 2015, while I visited san Francisco for a conference. Later met him in 2018 in Nepal.

I retained his company lexgiri as a corporate paralegal team about a year ago to work on  some perm cases. He is very professional and knowledgeable. He has timely  delivered the work even during the times he has been out of country.

I have personally known Santosh and as per my knowledge he is a person  of good moral character. He is a good friend. A great mentor. A sincere employee.

I can be personally available as a witness if you need any information from me.

 Gmail

**Santosh Giri <sgiri1465@gmail.com>**

---

## Google Drive folders

---

**Noah Klug <noah@klugfirm.com>**
To: S Giri <sgiri1465@gmail.com>

Wed, May 29, 2019 at 6:28 AM

Santosh,

Thank you so much for your understanding on our call yesterday regarding the situation.  I'm so sorry that we will not be able to work together at this stage as a result of your situation.  As discussed, please keep me updated and we can certainly reassess once you have been exonerated.

If you could please let me know once you have saved all of the files and work product in the Google Drive folders, that would be hugely appreciated.

Thanks again, and all the very best,

Noah

**Noah E. Klug, Esq.**
**Phone:** +1 (212) 495-9245, Ext. 105
**Email:** noah@klugfirm.com
Check out our website | Follow us on LinkedIn | Follow us on Twitter



### klug law firm

*Immigration & Business Lawyers Who Are Klug*

**Klug Law Firm PLLC**

**31 West 34th Street, 7th Floor, Suite 7110, New York, NY 10001**
Admitted in New York only.  Practice limited to federal immigration law.
NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

1 of 1

6/10/2019, 4:11 PM



**Santosh Giri <sgiri1465@gmail.com>**

---

**Character reference letter for Santosh Giri**
4 messages

---

**S Giri** <sgiri1465@gmail.com>                                      Tue, May 28, 2019 at 10:17 AM
To: Samantha Bratter <samantha@bratterpa.com>, Joshua Bratter <bratter@bratterpa.com>

Hi Samantha and Joshua,

Hope everything is well with you.

I would highly appreciate it if you could provide me with a character reference letter. The letter can be
addressed to To whom it may concern or Dear Sir or Madam.

It should explain about you, how you know me, whether you are aware of the case against me, how did you
know about the case and whether you still stand by me.

Regards,

Santosh Giri
9258581615
San Jose, CA

https://www.linkedin.com/in/santosh-giri-b0102235

---

**Joshua Bratter** <bratter@bratterpa.com>
To: S Giri <sgiri1465@gmail.com>, Samantha Bratter <samantha@bratterpa.com>

Santosh,


We have been pleased with your work, and you are very professional; conscientious and dependable.


A **_character reference_** is something quite different.  We will assist, if the conditions allow for it.


Can you provide a bit more context as to what is going on, how serious this matter is, and if we need to do any


We are traveling tomorrow morning.


Thank you.

Sincerely yours,

**Joshua P. Bratter, Esq.**

305.742.5603

bratter@bratterpa.com

joshbratter



1688 Meridian Avenue - Suite 300 - Miami Beach, Florida 33139
Office - 305.582.2381     Fax - 305.675.0360     www.bratterpa.com



[Quoted text hidden]

---

**S Giri** <sgiri1465@gmail.com>                                    Tue, May 28, 2019 at 10:31 AM
To: Joshua Bratter <bratter@bratterpa.com>
Cc: Samantha Bratter <samantha@bratterpa.com>

Thank you Mr. Bratter.

I will ask my attorney about this and update you.

[Quoted text hidden]

# EXHIBIT C

**Table of Contents – Santosh Giri**

1. Personal Background
2. Certificate of Good Standing from Nepal Bar Council – 2019
3. Certificate of Good Standing from Nepal Bar Association – 2019
4. Law Practitioner's License from Nepal Bar Council (Nepal jurisdiction)
5. Recommendation letter from Sunny Sagarmatha Society, a 501c3 Nepali Community in Bay Area
6. Recommendation letter from Nepali Public Relation Committee America, a 501c3 Nepali Community in Bay Area
7. Recommendation letter from Prashant Koirala, a Nepali American successful youth entrepreneur
8. Recommendation letter from my supervising attorney Bandita Sharma Dahal, Esq.
9. Recommendation letter from Govinda Narayan, founder of Bibeksheel Nepali youth movement in Nepal.
10. Recommendation letter from Pratik Chhetri, an outstanding Nepali American researcher
11. Recommendation letter from Ujwal Thapa, founder of Bibeksheel Nepali youth movement in Nepal.
12. Recommendation letter from Pawan Kumar B.K., a financially struggling mathematician in Nepal.
13. Handwritten Thank you letter from Sirjana Bishwakarma (2017).
14. Recommendation letter from Senior Attorney Trilochan Gautam, whom I assisted pro-bono to release a Palo Alto US citizen Wolf Price, who was imprisoned in Nepal in false charges (2018).
15. Email from my supervising attorney Noal Klug, Esq after the indictment
16. Email from my supervising attorney Joshua P. Bratter after the indictment
17. Letter from my father, a Supreme Court judge then, who supported my US law school expenses in 2005
18. News related to my father's demise in 2018, a former Chief Justice of Nepal (2018)
19. Blog regarding my father meeting a California Supreme Court Justice while he was the Chief Justice of Nepal
20. Certificate of Good Standing from Nepal Bar Council – 2007
21. Certificate of Good Standing from Office of the Attorney General, Nepal – 2007
22. Academic records from Golden Gate University School of Law, University of California Davis and Tribhuvan University Nepal and Professional experience documents; and Academic and Professional records for my spouse Mameeta Nepali Giri from Golden Gate University School of Law and Tribhuvan University Nepal
23. Networking with Nepali Legal Community in the US to offer pro-bono services to Nepali diaspora in the United States (2007)
24. Leadership Building Academy, a 501c3 in California formation (2016)
25. Scholarships granted to Nepali students to participate in Global Jessup Moot Court competition in 2019 and 2017
26. Blog – Role in Elimination of Violence against Women in Nepal (Witchcraft allegations)
27. Article – Written in support of a Woman Justice candidate for the Supreme Court of Nepal (2016)
28. Article – Modernization of Nepal's Legal Procession and current state (2018)
29. News – Nepal's Earthquake Response Task Force formed (2015)

30. Signature Campaign – Right to Vote for 5 million eligible voters who are abroad (2016 and ongoing)
31. News - Nomination of youngest woman leader ever in Nepal (2017)
32. Framework – Right to Information mobile application design to empower Nepali citizens for transparency and accountability in a democracy
33. Compliance Tool for US Foreign Worker Employers – AutoPAF Prototype developed and Trademark (2017)
34. Compliance Tool for US Foreign Worker Employers – WageCounty free software developed (2016)
35. Legal Technology – Smartlaw 2.0 – Currently being developed for Nepal in Nepal
36. HIVE Global Leaders Program, Santa Cruz (2018)
37. LinkedIn Resume
38. Recommendation Letter  – NANC
39. Recommendation Letter  – Nepali Woman Global Network
40. Recommendation Letter  – NPRC
41. Recommendation Letter  – NRNA CA
42. Recommendation Letter  – Patrik Chettri
43. Recommendation Letter  – Sunny Sagarmatha Society
44. Immigration Consequences Opinion Letter



Santosh Giri
2510 Klein Road
San Jose, CA 95148
(925) 858 1615
<u>sgiri1465@gmail.com</u>

**Family Background:**

- Father - **Former Chief Justice of Federal Democratic Republic of Nepal** (October 5, 2007 to May 7, 2009) Late Mr. Kedar Prasad Giri. He passed away on November 23, 2018 in Nepal due to lungs infection and asthma. I went to Nepal in February 2018 to take care of his health and returned to the US in August 2018 after several treatments. I returned to Nepal again in November when his health condition became worse. After a month of intensive care unit treatment, he passed away. I returned to US in December 2018. He is remembered in Nepal's legal fraternity for his bold decision to nullify Royal Commission which reinstated democracy in Nepal in 2006, start of digitization of Nepal's judiciary and several landmark human rights decisions. I have utmost respect for the institution of judiciary and the law. In 2008 I was fortunate to arrange an unofficial visit for him to meet California Supreme Court Justice Carlos R. Moreno on April 29, 2008, which tremendously helped us understand 21st century e-judiciary, case and court management, which are much needed for Nepal. From a poor farmer's son to the Chief Justice of Nepal, my father proved that with hard work, dedication, honesty and extra effort, one can always be successful. I was motivated by my father to pursue law school.
- Mother – Mrs. Anjana Giri
- Spouse – Mrs. Mameeta Nepali Giri (Nepal's first licensed woman attorney from a marginalized Dalit community, a community treated as untouchables even today in many parts of Nepal) (a Permanent Resident)
- Daughter –Bivuti Giri (16 years old, completed 10th grade. Permanent Resident)
- Son – Ozas Giri (10 years old, completed 5th grade. US Ctizen)
- Siblings – Kiran Prasad Giri (Economist and Technology Consultant in California); Sudip Giri (Senior ranking Nepal's Police Officer who has served in United Nation Missions in Sudan, Haiti, Timor and also trained in the United States in the past); Sumod Giri (Structural Engineer in California); and Pratiksha Giri (Kindergarten teacher in Nepal).

**Education Background:**

- I completed Intermediate in Law in Nepal in 1997 and started practicing law in Nepal as a pleader in human rights cases. In 2000, I completed Bachelors in law in Nepal and started practicing law as an Advocate from 2001, mostly human rights and corporate law. In 2002, I completed Master of Laws in Nepal. In July 2005, I came to the US to attend Summer Program - Orientation in US Legal System at UC Davis. I then completed Master of Laws in 2007 from Golden Gate University and further took Post Graduate program in Business Immigration law in 2008. I attempted to take California Bar Exams in 2008, 2009 and 2011 but did not pass.

**Professional Background:**

- I worked at The Chugh Law Firm since January 2006 until June 2010, assisting supervising attorneys as a business immigration paralegal.
- In June 2010, I joined Cintel Systems as their Immigration HR.
- In 2011 I started freelancing for law firms and companies in business immigration human resources and legal process outsourcing through my own company LexGiri, Inc.
- From 2013 to 2014, I worked at Tafapolsky & Smith law firm.
- Since 2015, I have been assisting several attorneys and law firms as their remote paralegal in business immigration cases, and some companies from my office in Santa Clara and Nepal based legal process outsourcing office.
- I have also been engaged in development of legal compliance tools such as
  - AutoPAF (US), https://autopaf.com/
  - Wagecounty (US), https://wagecounty.com/
  - SmartLaw (Case Management for Attorneys in Nepal), https://siliconhire.com/products/smartlaw2-0/
  - MeroAdda (Legal Service marketplace for Nepal) through my legal technology and outsourcing company SiliconHire which I formed in 2012.
- I am committed to legal technology development for Nepal where access to justice and legal awareness needs to be addressed in 21st century standards.

- I am currently working on Right to Information app for the citizens of Nepal, NRN Legal service platform for the 5 million Nepali diasporas outside of Nepal.

**Social Background:**

- **Human Rights Activism**

  - In 2000 I and my colleagues formed "Lawyers" in Nepal, a nonprofit for legal awareness, human rights and legal education. In 2002, we filed a writ petition against the government of Nepal to end violence against women, where women were being killed, tortured, demonized as "witch" in multiple incidents across Nepal. In 2004, the Supreme Court of Nepal ordered the government to enact and implement appropriate law to curb witch allegation violence against women and to act against anyone who practices such inhuman superstitions. In 2010 the parliament finally passed a law and we have seen lesser incidents since then. I assisted our lead attorney Reshma Thapa in the draft of the bill. Reshma Thapa currently serves USAID in Nepal.

  - In 2003-2004 I joined Forum for Women Law and Development to conduct a nationwide baseline study on Discrimination against women in Nationality law, assisting the chairperson Sapana Pradhan Malla. Currently, she is one of the serving Supreme Court Justices in Nepal. Women in Nepal do not have equal rights as men to pass on citizenship to their children and husband. I am still engaged with human rights groups in Nepal assisting them in research and litigation, demanding equality for women.

  - In 2004, I formed Lawyers National Campaign against Untouchability in Nepal and was engaged in research and public interest litigation writs against the government, seeking nullification of laws and state's practices which promoted racial and caste based inhuman discrimination by higher caste people on lower caste people. The state promoted discrimination on in distribution of drinking water, nutrition for school children and derogatory words in school textbooks which needed to be

nullified. The court directed the government to immediately end such practices and to enact stringent law to curb caste-based discrimination in Nepal.

- **\*\*\* Justice for a wrongfully accused US Citizen in Nepal and release from Nepal's prison**

  - In May 2018, when I was in Nepal for my father's treatment, I was shocked to learn about arrest of a US Citizen Wolf Price (from Palo Alto) in Nepal. He was wrongfully accused and arrested with multiple charges against him. Since I lived in Bay Area, I believed it was my duty to meet him and learn the facts of the case and to assist him as a way of giving back to my society. I reached out to Wolf's mother Mary through social media to learn about the details of the case and assured her that I would meet him and assist him in every way I can. I met Wolf Price at the central jail in Kathmandu, where he was having a harsh time with basic necessities such as clothes, hygiene. he explained me the facts of the case and the false accusations against him and how he was framed for something he did not do. I assured him to assist him pro-bono in every way possible. I met his attorney, Senior Advocate Trilochan Gautam and offered my pro-bono services. I assisted him in legal research related to the facts of the case and the accusations, which was helpful in his release later.  I also assisted in the court witness testimony for Wolf's family friend Charlotte, who was denied right to visit him in jail several times. At one point, I appealed the judge and the public prosecutor to redo the testimony because of improper interpretation and translations. Price Wolf was released in August 2018 and is in the Bay Area now.

- **Youth Leadership Development**

  - I have also been actively engaged with Nepali diaspora outside Nepal and with the youth of Nepal. In 2013, I joined Bibeksheel Nepali as one of the founders, a social political campaign for responsible youth leadership to end corruption and prosper Nepal. It preaches participatory democracy, meritocracy, good governance,

accountability and transparency. We mentor youth to become leaders of the nation and to bring change themselves. Over these years, we have mentored thousands of youth in Nepal and motivated hundreds to return to Nepal to become political leaders.

o  In 2017, I nominated Nepal's youngest woman leader Ranju Darshana, ever for the Mayor position in the capital of Nepal. Although losing by a shy margin, today she is an icon for the youth generation and many more are now prepared to contest for public seats for the sake of accountability and transparency in order to end corruption in Nepal.

o  One of the successful campaigns I help run is Right to Vote for 5 million Nepali Citizens abroad who are denied their voice on the ballot.

o  I am an advisor to Sunny Sagarmatha Society, a 501c3 charity in Sunnyvale, California which brings the Nepali community in Bay Area in one place monthly for language lessons for children, cultural and religious events and mentoring, public speaking and mental health issues of the Nepali American youth in Bay Area.

o  I have been assisting law students of Nepal from 5 law schools participate in the global Philip C. Jessup International Moot Court Competition annually. I have fund-raised for their travel and accommodation, connected them with mentors who can guide and train them and help them become better confident individuals. Law Students from Nepal have secured up to the 16th position among 100s of participants and I believe they can win someday with proper guidance and resources.

- **Volunteering**

  o  In 2015 Nepal was hit with a massive earthquake, taking lives of 9000 people, making millions homeless. I volunteered for Bibeksheel Nepali raise funds and assemble an earthquake rapid response team of volunteers, caregivers, medical professionals, donors, providers to reach the victims in a most efficient manner. The rapid response team is useful even today whenever there is a natural disaster.

- o  I volunteer and lead Leadership Building Academy, a 501c3 charity, which aims to provide youth leadership and internship opportunities for youth in developing nations like Nepal.
- o  As a believer of Innovation for Equality, I have been assisting Dr. Mahabir Pun as a volunteer, to help him establish a National Innovation Center in Nepal. Dr. Pun wants to auction his globally acclaimed medals in a bid to establish the center which could help create thousands of jobs in Nepal, bring change through innovation and proper mentoring of young talents.

- **Mentoring Youth**

  - o  I have assisted young leaders believe in their leadership dreams in their areas by assisting them with resources, connecting them with mentors and fundraising. Recently I mentored:
    - ▪ a Mental Health activist to run her campaigns with high school students, an aspiring young journalist set up his online media platform,
    - ▪ an event management youth set up his first company and his first successful event in Nepal as an alternative to leaving Nepal as a foreign labor for hire in the middle east and southeast Asia,
    - ▪ Nepal returnees to open a successful co-working space,
    - ▪ A micro venture capital firm to set up its first seed investment fund which could help youth entrepreneurs succeed,
    - ▪ A socially challenged woman from a Dalit Community to contest in the local election,
    - ▪ Inspiring youth to believe in law as a tool of social change and to join law schools,
    - ▪ A financially tied outstanding mathematics student in Nepal achieve his dream of higher education, and
    - ▪ Helped troubled Nepali youth rehabilitate in the society in Nepal and US.





नेपाल कानून व्यवसायी परिषद्
# NEPAL BAR COUNCIL

Ref no.: 332/2075/076                                     Date: 13 June, 2019

## Certificate of Good Standing

This is to certify that Mr. Santosh Giri son of Late Mr. Kedar Prasad Giri, permanent resident of Parsa Dewadh ward no. 4, Mahottari District, Nepal is an Advocate holding license No. 8187 (issued on July 2001). Since then, he has been in law practice. Currently he updated his license pursuant to the rules and regulations of the Council. He has maintained professional ethics and code of conduct asserted by the 'Code of Conduct for Legal Practitioners', 1994'. No charge or complaint has ever been filed against him.

I wish him every success in future.

(Ram Hari Sharma Kafle)
Secretary

3

Ramshah Path, Kathmandu, Nepal
Phone No: 977-1-4200837
Fax. No: 977-1-4200836
Email : neba@nepalbar.org
Web: www.nepalbar.org

Ref: 316/075/076

Date:     13 June, 2019

**Central Executive Committee**
(2019-2022)

**President**
Chandeshwor Shrestha

**Vice-President**
Sunil Kumar Shrestha
Man Bahadur Rumdali
Ishwori Prasad Bhattarai
Surendra Thapa Magar
Ramchandra Singh Rajpoot
Min Bahadur Mahat
Umesh Prasad Bista
Rakshya Basyal

**Secretary General**
Lila Mani Paudel

**Treasurer**
Rudra Prasad Pokhrel

**Member**
Dr. Shiva Raj Pandit
Ganga Sagar Khatri
Bhimsen Banjara
Bhuwan Prasad Niraula
Prakash Maharjan
Bal Krishna Gaire
Anju Kayastha
Mohan Sashankar
Khima Nanda Adhikari
Kalpana Kumari Bhandari
Beena Kumari Singh Chaudhary
Panch Narayan Mandal
Badri Narayan Nagarkoti
Manoj Kumar Chaudhary

## To Whom it May Concern

This is to certify that **Advocate Santosh Giri**, License Number 8187 (issued on July 2001) is in good standing with all courts in Nepal. There has been no disciplinary complaints against him till date and he has an active license to practice law in the jurisdiction of Nepal.

Advocate **Giri** served as an executive member of Nepal Bar Association Central Information and Technology Committee from 2001 to 2003. He introduced Nepal's first case management software Smart Law in 2001 and currently working on Smart Law 2.0.

Advocate Giri is a highly reputable lawyer in Nepal who led successful public interest litigation cases such as the landmark violence against women (witchcraft) with Advocate Reshma Thapa and multiple successful cases for elimination of racial discrimination cases through his organization Lawyers National Campaign against Untouchability. He has been continuously engaged in legal research, legal technology innovation and legal studies and has been mentoring young law students from leading law schools in Nepal.

Advocate **Giri** is the son of Late Chief Justice of Nepal, Honorable Kedar Prasad Giri.

Please contact the undersigned for any questions regarding him.

I wish him every success.

Lilamani Paudel
13th June 2019

Lilamani Paudel
Secretary General
Nepal Bar Association

4

नेपाल कानुन व्यवसायी परिषद्

# NEPAL BAR COUNCIL

कानुन व्यवसायी प्रमाण-पत्र

## Law Practitioner's Certificate

प्रमाण-पत्र नं.
Certificate No. ৪১৪ ৪১৪7



As per the decision made by the council on 15th July, 2001, this certificate is conferred o

Mr/Ms/Mrs ............... Santosh Giri .................. Son/Daughter of ...... Kedar Prasad Giri ............, permaner

resident of ....................... Ward No. 4 of ....... Parsa Dewadh ...... Metropolitan city/Sub-Metropolitan cit

Municipality/Village Development Committee of ...... Mahottari ...... District after having been enrolle

his/her name as an ...... Advocate ...... under the Nepal Bar Council Act, 1993.

२०५८ श्रावण १ गते
16th July 2001
प्रमाण-पत्र जारी भएको मिति (वि.सं.मा.)
Date of Issue (A.D.):-

सचिव
Secretary
(न्द्रप्रसाद आचार्य)

उपाध्यक्ष
Vice Chairman
(विजयप्रसाद श्रेष्ठ)

अध्यक्ष
Chairman
(शम्भुप्रसाद ज्ञवाली)

5



सन्नी सगरमाथा समाज
Sunny Sagarmatha Society
Est. 2007

**665 Kirkland Dr, Apt #1, Suunyvale, CA 94087**
**www.sssociety.org**

Ref. No. : *00101*                                                Date: *05/10/2019*

## To whom it may concern

*Sunny Sagarmatha Society is a 501(c)(3) Nepali nonprofit organization. I am taking the privilege to write this letter of acknowledgement for Santosh Giri . His father ex. Honorable Chief Justice of Nepal late Mr. Kedar Giri's contribution to Nepal was remarkable. Santosh Giri followed his father's footsteps. Mr Giri is proudly serving as an advisor to Sunny Sagarmatha Society since 2019.*

*A humble Character, Santosh Giri's continued support in many ways to Nepali Diaspora is noticeable. Mr. Giri played a key role in relief works and disaster management during 2015 earthquake in Nepal by leading fundraising activities in the US and coordinating with many organizations and youth volunteer in Nepal and US. He has been continuously supporting fundraisers for flood and fire victims and has been mentoring youth for leadership in both US and Nepal. I may also add that Mr. Giri is professionally operating his business in the United States. Despite the court case against him that we came to know through online news, we stand by him. All bay area Nepalese community members join me to wish him the best for his future endeavors.*

*Please reach me at 650-526-8627 or rautchetbahadur@yahoo.com for any questions or concern. Thanking you in advance.*

*Sincerely*
*Name: Chet Bahadur Raut*
*Title:  General Secretary*

**6**

# नेपाली जनसम्पर्क समिति अमेरिका
## Nepali Public Relation Committee America



Date:- 05/04/2019

## TO WHOM IT MAY CONCERN

Nepali Public Relation Committee America is a 501(c)(3) Serving the Nepali Community based in Bay Area.I am writing this letter of recommendation for Santosh Giri.His Father Ex.Honorable chief justice of Nepal late Mr.Kedar Prasad Giri's contribution to Nepal was remarkable as he played a key role to reinstate democracy in Nepal. Mr.Giri has supported NPRCA as a Volunteer since 2010, assisting in several philanthropic fundraisers, leadership building, youth mentership etc.

Santosh Giri's has contributed in many ways to Nepali community. We stand by his humble character,his ethical professionalism and his continued service for the Nepali community in the US and Nepal. Please reach me at 650 704 2005 or via email : americansherpa@yahoo.com for any question or concern.Thanking you in advance.

**Purna Sherpa**
**President**
Nepal Public Relation Committee
Northen California Chapter, USA

7

Date: May 24, 2019

Respected officer,

I write to you having known Mr. Santosh Giri for the past few years. I am an entrepreneur, a professional investor, and an educator. I worked in venture capital firms in the US, worked an investment banker, and an entrepreneur in the technology space. I am currently Partner at Metron Labs, a technology and investment firm with a global presence. I have attached my short bio for your reference.

I have known Mr. Giri through a network of professionals and expatriates who support entrepreneurship and community building at grassroots levels in Nepal. I currently run an entrepreneurship bootcamp (education program) in Nepal and Mr. Giri has been instrumental in extending his support in building the ecosystem. Mr. Giri is highly regarded and known for his contribution to marginalized entrepreneurs in Nepal. He has been extremely generous with his time to guide them in the right direction and roll up his sleeves when they are in deep trenches – leading by example.

I learned about Mr. Giri's charge through one of our mutual friends and was deeply disturbed by it. Having known Mr. Giri for the past few years, it is very unlikely he would engage in such an activity. He is from an honorable family in Nepal and his work in supporting various causes in Nepal speaks for itself.

His generous nature may have caught him off guard, but I am certain that he would not compromise on his uprightness and engage in such an activity. I am available on the phone or even appear in person to testify for his character as a genuine social contributor and an honorable person.

Please feel free to email me at pkoirala@gmail.com or call me at +1-415-841-2673.

Respectfully,

Prashant Koirala

[BIO – NEXT PAGE]

## ABOUT – PRASHANT KOIRALA

Prashant is a partner at MetronLabs and has been part of several startups. He co-founded Venturesity, an online education and recruiting platform to connect technology companies to talent - hosted 100+ hackathons and online challenges for companies including Dell, Oracle, Amazon and Sequoia Capital. Prashant also headed Sleepcare, a specialized healthcare firm focused on sleep medicine and IDDCR, a life science-focused education company under Acuitas Partners.

Prashant worked with FOCUS, a DC headquartered middle market investment bank as a founding member of the education and digital media group and American Capital (NASDAQ: ACAS), a $23 billion private equity fund. Prashant worked with New Markets Venture Partners, a US-based venture capital fund focused on education and technology.

Prashant was founding director of Entrepreneurial Partnership of Greater Washington (EPGW), a non-profit focused on building entrepreneurs in the inner city of Washington DC.

Prashant graduated with a B.S. in Finance from the University of Maryland, College Park.



My name is Bandita Sharma Dahal. I am a naturalized citizen. I am the first Nepalese women attorney holding  licensed in USA (New York) and Nepal. I have been practicing immigration law in USA for almost 10 years.

I have known Santosh Giri for more than 25 years. He was my class mate while back in Nepal. We went to Nepal Law Campus together. We did our intermediate in law, bachelor's in law and masters in law together from Nepal Law Campus,  Tribhuvan University. We were in the same university from around 1994 until 2003.

In the class of more than hundred students. It was hard to remember or notice all the boys in the class but Santosh also stood out. He was among the very few initiator and motivator. He was always go-getter and change maker.

When most of the students were having fun and partying out, he started an organization called lawyers it was legal awareness. He and his team of friends were involved in advocacy and legal awareness among marginalized group.

After completion of law, our path cross in the course of work. Sometimes in court or sometimes in organization like forum for women, law and development.

He has always  fought against injustice. He was prominent in fighting caste discrimination in Nepal.

As a young entrepreneur and mentor, he has helped many youths. I came to USA around 2003 and still maintained communication with him through social Networks as a batch mate.

I met him in 2015, while I visited san Francisco for a conference. Later met him in 2018 in Nepal.

I retained his company lexgiri as a corporate paralegal team about a year ago to work on  some perm cases. He is very professional and knowledgeable. He has timely  delivered the work even during the times he has been out of country.

I have personally known Santosh and as per my knowledge he is a person  of good moral character. He is a good friend. A great mentor. A sincere employee.

I can be personally available as a witness if you need any information from me.



31st May 2019

To whom it may concern,

Dear Madam/ Sir,

I am Govinda Narayan with an academic background in Agriculture and Political Science. From 2012 until the end of 2017, I was serving as a visiting faculty at Tribhuvan University where I was teaching Governance at Graduate level.

Besides my teaching work, I am largely engaged in a youth led political movement known as "Bibeksheel Nepali". In english translation "Bibeksheel Nepali" means judicious Nepalese. This is a movement for establishing an accountable governance through challenging status quo social system of Nepal. The fundamental orientation of this organization is to establish a political movement based on values; Humility, Transparency, Courage, Excellency and Morality.

During the inception of this organization back in 2012 / 13, I was campaigning for a position of Constitution Assembly membership as a candidate along with 3 other friends. At that time, Nepalese youth from around the globe were supporting this cause in which Santosh Giri was one of the prominent ones. Later, I came to know him personally and influenced strongly by him in two prospects.

He is a man of high integrity.
Santosh believes in a system that is open and collaborating. The system we design in Bibeksheel Nepali, he has helped us designing an accountable system that has two-way reach to every member of the organization. As a result, we gained very robust transparent organization having reach many parts of Nepal. People from every walk of life and age joined the organization because of its strong conviction in justice with a genuine commitment to delivery and accountability.

He is a man of taking responsibility.
I understand the hardness of passionate involvement in a movement for a moral cause. One has to be patient and committed  for this long run as well as fulfill other responsibilities at the same time. Santosh has proven innovating ideas to work with higher professional ethics and hard work in both personal and social commitments in the past years. Thanks to time lag between Nepal and the US, he worked day and night to do justice with his family and social responsibility and exemplified other members that we can do both when we have sheer interest to change the lives of many. He did his responsibility in a timely manner with high respect and practicing our values in everyday life.

In 2016, I had an opportunity to visit his family in the US during our tour there, where I found him a real humane, much aware of right and wrong, system and  responsibility. I feel proud to be his

friend. And his deeds in putting enormous effort to ending up immoral system and establishing the moral ones has always been inspiring me.

Sincerely
Govinda Narayan



June 4th, 2019

To Whom It May Concern:

     I am honored to provide this letter in support of Mr. Santosh Giri as I have tremendous respect for what he has done, and what he is capable of doing to humanity.

     My name is Pratik Chhetri and I am an immigrant who moved to the United States 12 years ago, full of hopes and dreams- for myself and for the community(-ies) around me. I came to this country for college- on scholarships and did not take it for granted. In 2011, I graduated with Bachelor of Science (B.Sc.), cum laude in three majors- Biomedical Sciences, Biochemistry and Mathematics. I completed three majors in four years, while working in two different laboratories simultaneously that produced 6 peer reviewed journal articles; and volunteering for an international global health organization that advocates for equitable access to lifesaving medicines around the world. In 2014/15, I was awarded Permanent Residence under the prestigious "Extraordinary Ability" category for my original and significant contributions in global public health and biomedical research. Since then, I have been invited to speak at events and conferences in 4 continents on topics ranging from global health justice to authentic leadership. I have advocated for health justice policies at the United Nations Youth Assembly in New York City to World Health Assembly in Geneva. Recently, I completed Master of Science (M.Sc.) degree in Chemistry and Global health education from Central Michigan University; and a Master of Public Health (M.P.H.) in interdisciplinary public health from the prestigious University of California- Berkeley. I am currently working as an independent consultant, for companies and non-profits in the US, India and Nepal.

     Guided by my professional experiences and achievements around the world, it is safe to say I have a pretty high standard of ethics and morality. There are only a handful of people that I truly respect and trust on their advice- Mr. Giri is one of them. I met him for the first time in 2016 through a common friend from Nepal. I had been talking to this friend about my vision of a just and equitable world and working toward it through fair policies, in the US, and around the world, and immediately she mentioned Mr. Giri's name, and that I "must connect" with him. She was right—I was in awe hearing about his passion and commitment to bringing about positive change in this country, and around the world. He does not just talk the talk but walks the walk as well. Apart from starting companies in the United States, and in Nepal, creating dozens of jobs, he is also an important community leader in both the countries. Even though he has a legal background by profession, over the years—I have encountered many people come to him seeking ethical advice.

     Personally, I have various family challenges that I struggle with regularly. My mother Is paralyzed below her waist and has significant medical issues. Dealing with addressing her needs to balancing a demanding career path that often requires me to travel around the world, I find myself reaching out to Mr. Giri seeking refuge from my internal battles. I also manage a financial trust (of over $1 million) in California, set up to financially protect my parents. I often reach out to Mr. Giri seeking advice on wealth management. He often gives me two options:

first, the legally minimal one, and the ethically sound one that he always tells me "is the right thing to do."

When I saw his name on the news regarding this case, I immediately thought this was some kind of misunderstanding. Over the years that I have known him, I see nothing in him that is capable of doing anything that compromises his extremely high level of ethical standards and deep respect for the existing legal structures.

Please feel free to reach out to me directly if I can be of any help in answering questions about Mr. Giri.

Sincerely,

Pratik Chhetri, MPH, M.Sc.
1704 Clayton Rd, Apt 208
Concord, CA 94520

pratik_chhetri@berkeley.edu
+1-989-400-8424 (USA/ Global- also WhatsApp/ Viber)

11

To whom It may concern,

Dear Sir/ Madam,

My name is Ujwal Thapa and I lead a youth led political movement/party called BibekSheel Nepali which has been fighting against deeply institutionalized systemic corruption in Nepal. In my current capacity, I am helping build the next generation leaders for Nepal who will bring ethical value based cultured politics, deliberative democracy and the rule of law in Nepal.

I have known Santosh Giri for 5 years now. As someone who has seen Santosh's public and personal life both from up close, I have known him to be a man of integrity and responsibility. I have seen him to be a caring son and father along with being a dependable friend generous with his time, knowledge and resources for those in need.

I have found Santosh to stand firm against deeply rooted injustices and discrimination in Nepali and global issues and his values and deeds in life have reflected that. Rebeling from the social norms at the time, he married his wife who comes from the dalit community considered untouchables by a section of our society.

I have seen him as a passionate collaborator who stayed committed to the strong ethical values we demand from our compatriots while being a vocal, passionate, uncompromising crusader in building inclusive institutions in Nepal.  Despite deeply frustrating and slow pace of changes in our persistent fight to change the negativity around us, I have never found him wanting to take shortcuts.

In the causes I have been involved with him, he has proved to be reliable compatriot and a humble personality who tries to do good quietly every day. It has been my pleasure knowing and working with Santosh Giri.

Sincerely,


Ujwal Thapa

Phone: (977) 9851077770 Email: ujwal@leadnepal.com  Website: www.whynepal.com
Facebook: fb.com/ujwal Twitter: @ujwalthapa

# Speaker Bio – Ujwal Thapa



Ujwal Thapa is a Nepali political activist, a semi-retired IT entrepreneur and a part-time coffee farmer. He is the co-founder of Entrepreneurs for Nepal, a 47,000 + strong vibrant platform that mentors and supports budding entrepreneurs across the country. He received his academic training at Bennington College and returned to Nepal to start his own IT company. He has founded and led many successful ventures while mentoring others to build their own companies. More than 30 successful companies have launched with his mentorship. He also established a 5000+ strong IT community called WordPress Nepal. He then led the founding of "BibekSheel Nepali, a rising political force, which aims to create accountable and ethical leaders to build a peaceful and prosperous Nepal. Probably the only political organization to have a disaster preparedness plan, he oversaw the immediate response to the April 2015 earthquake that struck Nepal. Within 30 minutes, his team members were mobilized to major public hospitals across Kathmandu and were working alongside doctors, nurses, police and the army to help coordinate the disaster operations. Over the following weeks, his team led more than 300 relief and rescue efforts as well as many emergency health camps in 17 districts reaching more than 6,000 families. One of the few organizations to publicly disclose the funding source and expenses, his team has been at the forefront to force accountability to the beneficiaries by both donors as well as the local government.

# 12

Date: 04/06/2019

To whom it may concern,

My name is Pawan Kumar B.K.. Originally I am from a rural village of Surkhet, western district of Nepal. At present, I live in capital city Kathmandu. I have completed A-Level as a private candidate and currently tutoring A-Level mathematics and physics in different colleges.

Two years ago I met Santosh Giri dai(brother) in a month long campaign for one of Kathmandu metropolitan mayoral candidate in the local election. Santosh dai was coming in Kathmandu from USA for that campaign. During our one month campaign we both became more familiar with each other.

At that time of the local election I have not completed whole A-levels. One credit was still remaining to complete 3.5 credits. My parents are average farmer in village and they couldn't afford my tuition fee and living expenses in Kathmandu. Therefore I have requested Santosh dai for tuition fee for A-level computer science and cost of room rent for 6 months. He agreed and helped me by providing about USD 1200.

As I know, Santosh dai is a law practitioner and an average businessman. He is also actively involving in many social activities and always eager to help to needy people. He is guided by liberal philosophy and wishes to see society as an equal opportunity to all. My best wishes to him as a successful lawyer as well as a businessman.

Kind regards,

Pawan Kumar B.K.

+977 9843629967

**13**

Dear Santosh Dae,

Wish you a very safe journey, a beautiful journey.

My mind went blank when I sat down to write you a thank you note. Really! Words are not enough to express my grattitude towards you. Thank you so much for giving so much love and care for a random girl. Thank you so much for your parenthood. I don't even know if I deserve that or not. But still, I know you'll always be there for me. ☺ ☺

One thing hai dai, would love to see you come Nepal soon. And lead our Bibeksheel. I'm seeing many things going wrong, many people unsatisfied and many people being autocratic. I want to see you leading the country and.
GUIDING ME ALWAYS

तपाईं माया र गाली गर्दै गर्नुह. हैं ।

थरे माया
सिर्जना

14



**GAUTAM LAW CHAMBER**

गौतम ल च्याम्बर

**Trilochan Gautam**
Senior Advocate

Date: June 6th, 2019

To whom it may concern

**Re: Advocate Santosh Giri's pro bono assistance in a criminal case in Kathmandu District Court Nepal, involving a US citizen.**

I am Trilochan Gautam, a Senior Advocate with Nepal Bar Council, License Number 338. My education qualification is MA, BL. I am in legal practice for last 40 years and I am the founder of Gautam Law Chamber and my Nepal Bar Council Affiliation/Law Firm Registration Number is 26.

I am pleased to write this recommendation letter for Advocate Santosh Giri, Nepal Bar Council License Number 8187, who assisted me pro bono in a criminal case involving a US citizen Mr. Wolf Price from Palo Alto, California. In February 2018, Mr. Price was charged with multiple serious criminal offenses and he was later successfully released from prison in Nepal in August 2018. The content of the case is not being discussed due to attorney-client confidentiality. Mr. Price is in the United States of America now, united with his family.

Between June 2018 to August 2018, Mr. Giri volunteered to provide pro bono assistance in this case and assisted me in legal research, case study and review, witness testimonies at the Kathmandu District Court in the case number 074-CR-1610.

I highly appreciate Mr. Giri's humanitarian assistance to Mr. Price despite not knowing him personally prior to this case. Mr. Giri was highly sincere, ethical and professional and took this as a moral obligation to assist a US citizen facing legal challenges in Nepal.

Please contact me if you need any further information in this regard.

Trilochan Gautam
Senior Advocate
Gautam Law Chamber

**Trilochan Gautam**
Senior Advocate
**Gautam Law Chamber**
Siddhartha Marg, House No. 517
Ghattekulo, Anamnagar, KTM

Phone +977 1 4771203 (Off.), 4770120 (Res.) +977 9851045153.
Email: info@ gautamlawchamber.com.np
gautamtr@hotmail.com

---

House No.: 517, Siddhartha Marg, Ghattekulo, Anamnagar, Kathmandu-29
Tel.: 4771203, 4770120 I Mobile : 9851045153 I E-mail: gautamtr@hotmail.com

# Palo Altan released from jail in Nepal

*Elena Kadvany*

**News**

## Paly graduate Wolf Price returns to U.S.

by <u>Elena Kadvany</u> / Palo Alto Weekly



Wolf Price and his mother, Mary Bartnikowski, after his release from five months in jail in Nepal. Photo courtesy of Mary Bartnikowski.



A Palo Alto man who says he was <u>wrongly imprisoned in Nepal</u> has been released and returned to the Bay Area this weekend.

Wolf Price, a Palo Alto High School graduate who started the Beyond the Four Walls Endowment Fund to change the status and fortunes of girls and women in the impoverished country, posted messages online about his return.

"As of today I'm free from jail and already on the way to USA via Qatar," he wrote Aug. 31 on a GoFundMe page his mother created to raise money for his release, including to pay for legal fees. "I can't explain how thankful and humbled I am by all the support through this fund. Without you I really could have been years in jail because having a top quality lawyer was key to get justice."

The family raised close to $20,000 through the GoFundMe campaign.

Price called the five months and eight days he spent in jail "the biggest

challenge of my life."

Price was arrested shortly after recording an altercation between a 15-year-old boy and the teen's sister, said his mother, Mary Bartnikowski, in a previous interview, but the arrest may also be due to controversial photographs of Price that had surfaced. According to Nepalese news reports, Price had posed in wedding garb with the erotic actress Archana Paneru in what she later admitted was a sham marriage she had arranged to allegedly garner publicity.

He was held in the capital of Nepal, Kathmandu, without being charged for any crime.

Price wrote on Facebook that an "extensive investigation" was conducted into his case and he was released after a judgment was issued last week.

On Sunday, he posted a photo of the sun setting over the wing of an airplane at San Francisco Airport with the caption, "Officially home."

---

Follow the Palo Alto Weekly/Palo Alto Online on Twitter @PaloAltoWeekly and Facebook for breaking news, local events, photos, videos and more.



https://paloaltoonline.com/news/print/2018/05/16/palo-alto-man-languishes-in-a-nepal-jail

Updated: Thu, May 17, 2018, 3:41 pm
Uploaded: Wed, May 16, 2018, 8:47 am

# Palo Alto man languishes in a Nepal jail

Wolf Price, promoter of women's education, has been held five weeks without charges

by Sue Dremann

*This story has been updated with additional information.*

A Palo Alto man who has spent years helping Nepalese girls and women advance their education is locked in a jail in Nepal on what his mother called false accusations.

Wolf Price, a Palo Alto High School graduate who started the Beyond the Four Walls Endowment Fund to change the status and fortunes of girls and women in the impoverished country, was arrested on April 4 and taken to jail without a translator, his mother, Mary Bartnikowski, said.

He was arrested shortly after recording an altercation between a 15-year-old boy and the teen's sister, Bartnikowski said, but the arrest may also be due to controversial photographs that recently surfaced of Price. According to Nepalese news reports, Price had posed in wedding garb with the erotic actress Archana Paneru in what she later admitted was a sham marriage she had arranged to allegedly garner publicity.

Price, 31, wrote a 2010 guest opinion in the Palo Alto Weekly about his decision to forego an expensive college education in exchange for a worldwide education by traveling the globe. Growing up in a family of professional photographers dating back to his great-grandfather, he started his own photography career at age 14. He began his world travels at age 17, funding himself through photography exhibitions, he said in his opinion column.

Nepal became his muse. For 12 years he has made numerous documentary films and taken photographs about life there. Price started funding education projects after he made a documentary film, "Within the Four Walls," about the plight of women and girls in Nepal. He made the film, he said, after having a dream while on a 145-mile hike around the Annapurna mountain range in the country's central region.

"Three grandmother voices gave their blessing and guidance. Pushing me to create a social documentary for Nepalese women and girls. To archive native history before it disappears from human knowledge," he wrote in the introduction to the film, which he began in 2010. The film kicked off the endowment fund, which educates girls and women who otherwise lead lives of indentured servitude, consigned to isolation, multiple pregnancies and heavy labor.

Price has built homes, started businesses for the Nepalese people and saved the lives of people and their animals by paying their medical expenses. In 2015, after the devastating 7.8 magnitude earthquake that killed nearly 9,000 people in the region and displaced thousands, the endowment funded and helped the women build a shelter.

The endowment is building tech resource hubs managed by women. It also purchased land for a permanent eco-village. Funds give one-year grants for promising and impoverished girls to take English and computer courses; two-year college scholarships are also provided.

Prior to his arrest, Price had been bringing children out of the jungle to take part in intercultural projects. One of the girls, the sister of his accuser, was involved in many of the projects. Her brother, who had only recently arrived, was troubled and had been arrested after trying to steal money, Bartnikowski said.

"Wolf got him out of jail. I guess no good deed goes unpunished," she said.

The teen then started a physical altercation with his sister. Bartnikowski said at one point he allegedly pounded his head on the ground to make it look as though Price had hurt him -- a story he told to police.

Bartnikowski has seen the video her son took, which shows that he was trying to diffuse the situation. He wanted to bring in police and a translator to try to solve the problem, she said.

Price has been held in the nation's capital, Kathmandu, without being charged for any crime. He was able to text his mother that he was in jail before his phone was confiscated, she said. He does not have access to a phone, laptop or even a pen, but he has been able to sometimes borrow the latter from a guard.

A friend of Bartnikowski who happened to be in Kathmandu has stayed in Nepal to bring Price food, books and other items. She keeps him in touch with his Nepalese attorney and contacts his mother with updates on her son.

Bartnikowski, a professional photographer who has traveled to Nepal five times, has seen the impact of her son's work.

"Everyone tells me the same thing: He has such a pure heart. He just wants to help people in this very difficult country. I raised him to be a feminist, and I feel there's been a backlash for that," she said.

The U.S. Embassy was surprisingly unhelpful, she said. U.S. Sen. Dianne Feinstein's office made contact on her behalf with embassy officials, who said they had allocated Price a lawyer. But Bartnikowski said no lawyer had materialized, so she found one on her own. Price also only received one visit from an embassy representative, she said.

"They weren't really monitoring the situation," she added.

Embassy officials in Nepal did not respond to a request for comment. But State Department's Bureau of Consular Affairs doesn't pay for legal or medical bills and it doesn't serve as official translators or interpreters, according to the agency's website.

Ashley Garrigus, spokeswoman for the Bureau of Consular Affairs, sent an updated email on Thursday, May 17:

"We are aware of the arrest of U.S. citizen Wolf Price in Nepal in April. The Department of State takes its obligation to assist U.S. citizens overseas seriously. Since Mr. Price's arrest, consular officers have visited him. We will continue to provide appropriate consular services to Mr. Price."

She referred further questions to Price's attorney.

Garrigus said earlier that consulates and the U.S. State Department are limited in what they can do. She could not comment on Price's case without his written permission.

The embassy can provide a list of local attorneys who speak English, contact family or friends of a detainee, visit the detained citizen and ensure that the incarcerated person receives appropriate medical care.

"We can't negotiate to get people out of jail. There is a judicial process," within the country, she said. Only in very exceptional circumstances, such as when the three Americans in North Korea were not detained on legitimate charges, will the agency intervene, she added.

It's not unusual in many countries for people to be held for long periods of time without charges, she said, unlike in the United States.

Through his mother, Price released a statement on Thursday, May 10, regarding his situation, which is posted on the GoFundMe page she created to raise money for his release. GoFundMe donations help pay for his legal fees, food and a four-day emergency hospital stay after he became ill due to the jail conditions. He noted that most prisoners can remain in jail for up to 90 days.

Price sleeps on the floor with only a blanket, lying alongside 100 other inmates, most of whom are addicts going through various stages of withdrawal, he said in his statement.

"The shower room is a moldy room with three drums of water. You go there to get water for flushing the toilet or to wash a plate without soap, or a shower, wash hands etc.," he wrote. There is no ventilation, and he can never go outside. He can wash his clothes but he cannot dry them.

"It's only been five weeks, but I forget the feeling of being free. I try to remind myself to appreciate that at least I am alive. I'm not being tortured.

"And whenever this dark time ends I will surely appreciate life a lot more and the simplest things that freedom allows."

On Wednesday, May 16, his mother posted another letter from Price.

"I'm desperate to get out but I have no idea when that will happen," Price wrote.

Bartnikowski said her son has a court hearing this week, but she doesn't know for sure the day or time. Few if any of the witnesses have come forward. She thinks they are probably afraid.

But the girl whose brother attacked her has now made a statement saying that the accusations are false. She has made an arduous 12-hour journey from the jungle and is expected to testify at the hearing. Bartnikowski hopes her son will finally be freed but said she and Price have heard that promise before.

"There have been so many twists and turns," she said.

According to the Centre for Investigative Journalism, Nepal, many innocent people are imprisoned throughout Nepal due to gross negligence by police, government lawyers and judges.

*Correction: The number of persons killed in the 2015 earthquake has been corrected to include the region.*

---

Follow the Palo Alto Weekly/Palo Alto Online on Twitter @PaloAltoWeekly and Facebook for breaking news, local events, photos, videos and more.

*About the video: "Within the Four Walls," a documentary film by Wolf Price, of Palo Alto, chronicles the plight of women and girls in Nepal. Video obtained via Wolf Price's YouTube channel.*



 Gmail

**Santosh Giri <sgiri1465@gmail.com>**

---

## Google Drive folders

---

**Noah Klug** <noah@klugfirm.com>                                Wed, May 29, 2019 at 6:28 AM
To: S Giri <sgiri1465@gmail.com>

Santosh,

Thank you so much for your understanding on our call yesterday regarding the situation. I'm so sorry that we will not be able to work together at this stage as a result of your situation. As discussed, please keep me updated and we can certainly reassess once you have been exonerated.

If you could please let me know once you have saved all of the files and work product in the Google Drive folders, that would be hugely appreciated.

Thanks again, and all the very best,

Noah

**Noah E. Klug, Esq.**
**Phone:** +1 (212) 495-9245, Ext. 105
**Email:** noah@klugfirm.com
Check out our website | Follow us on LinkedIn | Follow us on Twitter



**klug law firm**

*Immigration & Business Lawyers Who Are Klug*

**Klug Law Firm PLLC**

**31 West 34th Street, 7th Floor, Suite 7110, New York, NY 10001**
Admitted in New York only.  Practice limited to federal immigration law.
NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.



 **Gmail**

**Santosh Giri <sgiri1465@gmail.com>**

---

**Character reference letter for Santosh Giri**
4 messages

---

**S Giri** <sgiri1465@gmail.com>                                    Tue, May 28, 2019 at 10:17 AM
To: Samantha Bratter <samantha@bratterpa.com>, Joshua Bratter <bratter@bratterpa.com>

Hi Samantha and Joshua,

Hope everything is well with you.

I would highly appreciate it if you could provide me with a character reference letter. The letter can be addressed to To whom it may concern or Dear Sir or Madam.

It should explain about you, how you know me, whether you are aware of the case against me, how did you know about the case and whether you still stand by me.


Regards,

Santosh Giri
9258581615
San Jose, CA

https://www.linkedin.com/in/santosh-giri-b0102235

---

**Joshua Bratter** <bratter@bratterpa.com>
To: S Giri <sgiri1465@gmail.com>, Samantha Bratter <samantha@bratterpa.com>

Santosh,


We have been pleased with your work, and you are very professional; conscientious and dependable.


A **_character reference_** is something quite different.  We will assist, if the conditions allow for it.


Can you provide a bit more context as to what is going on, how serious this matter is, and if we need to do any

We are traveling tomorrow morning.


Thank you.

Sincerely yours,

**Joshua P. Bratter, Esq.**

☐ 305.742.5603

✉ bratter@bratterpa.com

☐ joshbratter



1688 Meridian Avenue - Suite 300 - Miami Beach, Florida 33139
Office - 305.582.2381    Fax - 305.675.0360    www.bratterpa.com



[Quoted text hidden]

---

**S Giri** <sgiri1465@gmail.com>                           Tue, May 28, 2019 at 10:31 AM
To: Joshua Bratter <bratter@bratterpa.com>
Cc: Samantha Bratter <samantha@bratterpa.com>

Thank you Mr. Bratter.

I will ask my attorney about this and update you.

[Quoted text hidden]



 

*kedar Prasad Giri*
*Justice*

## SUPREME COURT, NEPAL

# To Whom It May Concern

I, Mr. Kedar Prasad Giri, Judge of Supreme Court of Nepal, would like to hereby declare that I would be glad to sponsor my son, Advocate Mr. Santosh Giri, to complete the LLM (Master of Laws) course.

I am able and committed to sponsor most of his financial requirements and expenses that are needed for the completion of his entire course at the university.

However, I would also like to request the concerned International Student Advisor, Financial Aid Committee and Scholarship Committee to provide him with scholarship taking into consideration his high academic skills, as the financial expenses of completing LLM is extremely expensive for students of developing nation like Nepal.

I, therefore, would like to request you kindly to grant him an opportunity to complete his further study in law. Your cooperation will be highly appreciated.

Sincerely yours

Mr. Kedar Prasad Giri
**Judge**
**Supreme Court of Nepal**
**Ram Shah path, Kathmandu, Nepal**
15th may 2005

---

Ramshahapath, Kathmandu, Nepal; Telephone: 977-1-4250916, Fax : 997-1-4262878
GPO Box : 20438, E-mail : supcourt@enet.com.np; Website : www.supremecourt.gov.np

# 18

# Ex-CJ who scrapped royal anti-graft body passes away

## Ex-CJ who scrapped royal anti-graft body passes away

Published On: November 24, 2018 08:15 AM NPT By: Republica

KATHMANDU, Nov 24:  Former Chief Justice Kedar Prasad Giri who had scrapped the Royal Commission for Corruption Control (RCCC) formed by then King Gyanendra to suppress the democratic leaders, passed away on Friday. He was 75.

He died in the course of treatment at Norvic Hospital in Thapathali, Kathmandu where he was being treated for chest infection since the past few days.

Giri was cremated at Pashupati Aryaghat on Friday. Giri was appointed as the head of the judiciary by then Prime Minister Girija Prasad Koirala when despite a parliamentary hearings committee's divided opinion on Giri's appointment as chief justice.

Giri was the first chief justice in the country's history to face parliamentary hearing. The provision of parliamentary hearing for chief justice nominees was introduced in the Interim Constitution of Nepal, 2007.

Giri had presided over the five-member special bench of justices along with other judges Min Bahadur Rayamajhi, Anup Raj Sharma, Ram Nagina Singh and Ram Prasad Shrestha that scrapped the RCCC formed to persecute democratic leaders including Sher Bahadur Deuba and Prakash Man Singh on corruption allegations.

"I remember him as a courageous judge," senior advocate Harihar Dahal who is also a former president of NBA told Republica. "He confided to me that he had faced threats from those in power while deciding the case against the royal commission," Dahal said.

"He had always stood for democracy, human rights and rule of law."

Dahal said Giri as a judge of the then regional court had boldly decided to release democratic leaders like Ganesh Man Sigh and Manamohan Adhikary from jail.  Giri was stabbed by one Prabhat Kumar Gupta at the former's residence in Ghattekulo in 2005. The incident had prompted the apex court and the appellate courts to request the government to provide security to judges.

An emergency full court meeting held Friday expressed deep condolences on his demise and decided to close all courts and judicial institutions in the country on Sunday, according to Kishor Paudel, media expert at the Supreme Court.

6/10/2019, 4:29 PM

# 19

# CJ of Nepal visits Supreme Court of California

*Published by LexGiri Blawgger View all posts by LexGiri*

<u>Skip to content</u>

<u>LawNepal ~ The Law is above the King !</u>

The Law is above the King ! Site Maintained by Advocate Santosh Giri, LLM (US/Nepal) | Specialization : Human Rights Law of Nepal [CAT, ICERD, ICESCR, ICCPR, CEDAW, Regional and International Instruments] | Freelance Media Monitoring on Human Rights, Legal Development and Violation of Human Rights in Nepal.

In a short unofficial visit to the Supreme Court of California, Chief Justice Kedar Prasad Giri was welcomed by Justice Carlos R. Moreno on April 29, 2008. The meeting lasted for about 90 minutes in which both justices shared their views and perspectives about their legal system. California Supreme Court hopes for an official visit from the Nepalese judiciary in future and also hopes that the CJ meets his counterpart, the CJ of US Supreme Court in a deemed official visit later this year.

## Published by LexGiri

Blawgger <u>View all posts by LexGiri</u>

## Post navigation

6/10/2019, 4:37 PM



# नेपाल कानून व्यवसायी परिषद्
# Nepal Bar Council

प.सं.:–

च.नं.:–

**Ref.**

मिति : ...........................

**Date:** ...........................

## To Whom it May Concern

This is to certify that **Mr. Santosh Giri,** son of Mr. Kedar Prasad Giri, a permanent resident of Parsha dewadh Ward No. 4 Mahottari District was a lawyer holding licence No. 8187 on 25th July 2001. According to office record, he has been practicing as a Pleader since 7th July 1997 and he became Advocate with licence No. 8187 since 25th July 2001.

As an Advocate Mr. Giri is authorized to practice law and appear all Courts, including Supreme Court and Tribunals. No charge or complaint has ever been filed against him during his legal practice. He has maintained the professional ethics and Code of Conduct for Legal Practitioners, 1994.

I wish him every success.

(Bidur Prasad Sapkota)
*Administrator officer*

21

# Office of The Attorney General
## Nepal

Ram Shah Path, Kathmandu

Ref. No. ....................

Date:..... ....................

Subject: **CERTIFICATE OF ADMISSION TO THE BAR AND GOOD STANDING OF MR. SANTOSH GIRI**

I, Yagya Murti Banjade, Attorney General of Nepal, do hereby certify that Mr. Santosh Giri was admitted by Nepal Bar Council to practice law in Nepal on July 16, 2001 and is an active member in good standing of the Bar. Initially, he was licensed to practice law as a Pleader in Appellate Courts and District Courts of Nepal in 1998 and after passing examination he has been conferred license (no. 8187) of Advocate on July 16, 2001. Mr. Giri was executive committee member of the Information and Technology Committee of Nepal Bar Association in 2001 and 2003. He also held the post of member of Appellate Court Bar Association Patan and Kathmandu District Court Bar Association. To the best of my knowledge we have noting adverse on his record.

Signature: _Banjade 15-10-2007_

Name: Yagyan Murti Banjade

Title: Attorney General Nepal/Ex-officio Chairman, Nepal Bar Council

Telephone: 977-1-4262394

Email: info@attonreygneral.gov.np

October 15, 2007

22

GOLDEN GATE UNIVERSITY | School of Law

December 13, 2007

Santosh Giri
254 Palacio Royale Circle
San Jose, CA  95116

Dear Mr. Giri:

I am pleased to inform you that you have been admitted to the postgraduate
Certificate in Immigration Law at Golden Gate University School of Law for
Spring 2008.

The postgraduate Certificate program in Immigration Law requires the completion
of 16 units.  The tuition charges for the 2007-2008 academic year are $1,090 per
unit.  We estimate that personal expenses will be approximately $15,500.

The Program Coordinator for Graduate Law Programs, Shayne Weston, is available
to handle any administrative questions you may have concerning your admission to
the Certificate program.  Shayne can be reached at sweston@ggu.edu or 415-369-
5356.  Please keep Shayne apprised of any changes in your contact information.

I look forward to having you join our Graduate Law Programs in Spring 2008.  In
the meantime, accept my congratulations on your admission to our postgraduate
Certificate in Immigration Law program.

Sincerely,

Christine C. Pagano

Christine Pagano
Director, LLM in US Legal Studies Program
Direct Dial: 415-442-6638
Email: cpagano@ggu.edu

LL.M. U.S. Legal
Studies Program

536 Mission Street
San Francisco, CA
94105-2968
tel: 415-369-5356
fax: 415-543-6680
www.ggu.edu/law

UNIVERSITY OF CALIFORNIA, DAVIS



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

INTERNATIONAL LAW PROGRAMS
UNIVERSITY OF CALIFORNIA
SCHOOL OF LAW AND UC DAVIS EXTENSION
TELEPHONE: (530) 757-8569
FAX: (530) 757-8596

1333 RESEARCH PARK DRIVE
DAVIS, CALIFORNIA  95616-4852

# RECEIPT

Date:               July 25, 2005

For:                2005 *Orientation in U.S.A. Law* Program

Participant's name:    **Santosh Giri**

The University of California, Davis Extension has received the following payments:

| | | |
|---|---|---:|
| Application: | US$ | 100.00 |
| Tuition: | US$ | 3,200.00 |
| SEVIS credit: | US$ | -100.00 |
| Materials: | US$ | 100.00 |
| I-20 Shipping: | US$ | 40.00 |
| **Total Payment Received:** | **US$** | **3,340.00** |

_____        7/25/05

Gale Pérez                                           Date
Program Representative

**S. No.** 5041/41

**Registered No.** 22967-93



# त्रिभुवन विश्वविद्यालय



## Tribhuban University



### कानूनशास्त्राचार्य

कानून शास्त्र

सन्तोष गिरी        विक्रम सम्वत्   २०५९   को

*कानूनशास्त्राचार्य* परीक्षा     प्रथम     श्रेणीमा उतीर्ण भई स्नातकोत्तरोपाधिको निमित्त योग्य

ठहरिएकोले निजलाई यस उपाधिद्वारा विभूषित गरिएको छ ।

## Master's Degree
### In Laws

*This is to certify that* Santosh Giri *having passed* **Master's Degree** *examination in* **Laws** **(LLM)** *in* First *division of the year* 2002 , *this degree has been awarded on him/her this day.*

**Kathmandu, Nepal**
**Date** Nov. 23, 2003

G. P. Sharma
Vice-Chancellor

**Serial Number**  8802

# TRIBHUVAN UNIVERSITY

### OFFICE OF THE CONTROLLER OF EXAMINATIONS

*Provisional   Certificate*

Attested by
T.P. Singh
1st march 2005
Section Officer

SUPREME COURT OF NEPAL



This is to certify that *Santosh Giri*
of the Institute of *Law*     Campus *Nepal Law*
has passed the *Bachelor's Degree* Examination of *2057 (2000)*
with roll number *410664*     and registered number *22067-93*
and placed in *Second*     division.

Written by *NS*
Checked by  *Indira*
Kathmandu dated the     1 8 SEP 2001

Rabindra......
**Controller of Examinations**

Regd. No.   22967-93                     Roll No.        7134



Tribhuvan University



सन्तोष गिरि         विक्रम सम्वत्   २०५३   को
**कानून प्रवीण** परीक्षा  द्वितीय   श्रेणीमा उत्तीर्ण भएको प्रमाणित गरिएको छ।

This is to certify that       *Santosh Giri*
has passed the *Proficiency Certificate* examination in
*Law* of the year      1996      in    Second    Division.

Kathmandu, Nepal
Date : 2 3 APR 2004                            Registrar



# ST. XAVIER'S SCHOOL

JAWALAKHEL

G. P. O. BOX 50 ∗ KATHMANDU ∗ NEPAL

PHONE 521050

TO WHOM IT MAY CONCERN:
----------------------

This is to certify that SANTOSH GIRI.
son of Mr. Kedar Pd. Giri sat for the
School Leaving  Certificate Examinations (SLC)
in the month of February, 1993 and attained
a FIRST Division.

He is of Good Character.

His date of birth according to our school record
is 21 June 1976 (05 Asar 2033  B.S.).

FULBRIGHT

CERTIFIED COPY

Educational Adviser
FULBRIGHT COMMISSION
NEPAL



L. Maniyar S.J.

Lawrence Maniyar, S.J..
Principal,
June 14, 1993

नेपाल कानून व्यवसायी परिषद्
**NEPAL BAR COUNCIL**

कानून व्यवसायी प्रमाण-पत्र
**Law Practitioner's Certificate**



FULBRIGHT
Certificate No. 7815
CERTIFIED COPY

Edecalgiyal Advafer
Fulbright Commission in Nepal
I accept the document
Forg. fdquil USEF
www. fulbrightnepal.org.np

प्रमाण-पत्र नं. ७८१५

प्रमाण परिषद्ले मिति २०५८/३/३१ को निर्णयानुसार ...................... गाउँविकास/उप-महानगरपालिका/नगरपालिका/वडा नं ..................... जिल्ला बेरहसरत

श्री/श्रीमती/सुश्री **Mameeta Nepali** Son/Daughter of **Gagan Bahadur Nepali**

resident of **Birendra Chwok** Ward No. **6** of **Birendranagar** Metropolitan city/Sub-Metropolitan city

Municipality/Village Development Committee of **Surkhet** District after having been enrolled

his/her name as also ..................... Advocate/PAL BAR COUNCIL under the Nepal Bar Council Act, 1993.

As per the decision made by the council on **15th July 2001**, this certificate is conferred on ...................... permanent

२०५८ श्रावण १ गते
16th July 2001
प्रमाण-पत्र जारी भएको मिति (वि.सं.मा.)
Date of issue (A.D.):-

सचिव
Secretary
(महान्यायात अधिकारी)

उपाध्यक्ष
Vice Chairman
(विसाधरण प्राधकर्ता)

अध्यक्ष
Chairman
(महान्यायर कानुन)



GOLDEN GATE UNIVERSITY | School of Law

July 3, 2008

Mrs. Mameeta Nepali Giri
254 Palacio Royale Circle
San Jose, CA 95116

Dear Mameeta,

Congratulations on the recent completion of your degree. Your degree has been conferred as of May 15, 2008. Your degree now appears on your official transcript. A free copy of your transcript is enclosed. Please review it for accuracy and contact me if you find any errors. I can be reached at (415) 442-6621 or at *rjones@ggu.edu*.

Additional copies of your transcript may be requested through the University Records Office for a fee. *Transcript Request Forms* are available from their office or can be downloaded from their web page at http://www.ggu.edu/student_services/records_and_registration_services.

Your diploma will be ordered shortly, but you should not expect to receive it for about six months from now. It will be mailed to the address you provided on the *Graduation Application*. If you need to update the address to which you want your diploma mailed, or would like us to hold your diploma for you to pick up, send an e-mail to *lawreg@ggu.edu*. If your student account balance is not paid-in full at the time your diploma is received from the printer, it will not be mailed to you until the balance is paid.

Congratulations on your academic success here at Golden Gate University.

Sincerely,

Ruth M. Jones
Interim Law School Registrar

Office of the
Registrar

536 Mission Street
San Francisco, CA
94105-2968
tel: 415-442-6620
fax: 415-495-6756
lawreg@ggu.edu
www.ggu.edu/law

DOCUMENT GUIDE PRINTED ON BACK    A BLACK & WHITE DOCUMENT IS NOT OFFICIAL

AN OFFICIAL SIGNATURE IS WHITE ON A BLUE BACKGROUND

THE NAME OF THE UNIVERSITY APPEARS IN WHITE ACROSS THE FACE OF THIS 11 x 8½ DOCUMENT

# Mameeta Giri
## School of Law Transcript

Birth Date: 04/23/1976

SSN:

Student ID: 0537559

Page: 1 of 1

02 Jul 2008

| Course | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| **06/SU Spring Law School 2006** | | | | | | |
| LLM | 350 INTRO TO US LEGAL SYSTEM | A- | 3.00 | 3.00 | 10.50 | |
| LLM | 396 GRADUATE LEGAL RESEARCH | A- | 2.00 | 2.00 | 7.00 | |
| | | Term | 5.00 | 5.00 | 17.50 | 3.500 |
| | | Cum | 5.00 | 5.00 | 17.50 | 3.500 |
| **06/FL Fall Law School 2006** | | | | | | |
| LLM | 364 INT'L HUMAN RIGHTS | A- | 3.00 | 3.00 | 10.50 | |
| LAW | 801A CONSTITUTIONAL LAW I | C | 3.00 | 3.00 | 6.00 | |
| | | Term | 6.00 | 6.00 | 16.50 | 2.750 |
| | | Cum | | | | 3.091 |
| **07/SU Spring Law School 2007** | | | | | | |
| LAW | 715B PROPERTY II | C | 3.00 | 3.00 | 6.00 | |
| LAW | 805A PROFESSIONAL RESPONSIBILITY | D | 3.00 | 3.00 | 3.00 | |
| | Course Repeated 08/SU | D | 2.00 | 2.00 | 2.00 | |
| LAW | 842B BUSINESS IMMIGRATION LAW | B- | 2.00 | 2.00 | 5.00 | |
| | | Term | 7.00 | 7.00 | 10.00 | 1.429 |
| | | Cum | | | | 2.444 |
| **07/FL Fall Law School 2007** | | | | | | |
| LAW | 842A IMMIGRATION LAW | D | 3.00 | 3.00 | 6.00 | |
| LLM | 395 CURRICULAR PRACTICAL TRNG | CR | 3.00 | 3.00 | 0.00 | |
| LAW | 836A COMPARATIVE EQUALITY LAW | B- | 1.00 | 1.00 | 2.50 | |
| | | Term | 5.00 | 5.00 | 8.50 | 2.125 |
| | | Cum | | | | 2.386 |
| **08/SU Spring Law School 2008** | | | | | | |
| LAW | 836A COMPARATIVE EQUALITY LAW | B- | 1.00 | 1.00 | 2.50 | |
| LAW | 805A PROFESSIONAL RESPONSIBILITY | D | 2.00 | 2.00 | 2.00 | |
| LLM | 395 CURRICULAR PRACTICAL TRNG | CR | 1.00 | 1.00 | 0.00 | |
| | | Term | 4.00 | 4.00 | 4.50 | 1.500 |
| | | Cum | | | | 2.391 |

Degree Received: LLM Master of Laws
Date Conferred: 05/15/2008
Majors.......: United States Legal Studies
Attempted Cred.: 25.00
Completed Cred.: 25.00
GPA Credits...: 23.00
Grade Points..: 55.00
Cum GPA.......: 2.391

End of official record.

S. No. 9117/39

Registered No. 20718-93



*Tribhuvan University*







कानूनशास्त्री

कानूनशास्त्री

ममीता नेपाली विक्रम सम्वत् २०५७ को **कानूनशास्त्री** परीक्षा पास श्रेणीमा उत्तीर्ण भई स्नातकोपाधिको निमित्त योग्य ठहरिएकोले निजलाई यस उपाधिद्वारा विभूषित गरिएको छ ।

## Bachelor's Degree

### In Law

*This is to certify that* *Mameeta Nepali* *having passed* **Bachelor's** **Degree** *examination in* **Law** *in* *Pass* *division of the year* *2000* *this degree has been awarded on him/her this day.*

Kathmandu, Nepal.
Date: *Nov. 22, 2001*

Vice-Chance___



*United Mission for Social Change*

# दलित गैर सरकारी संस्था महासंघ

## DALIT NGO FEDERATION (DNF)

Regd. No. 65/044/2052

Ref. No. :



Date: 1st oct.005

## To Whom It May Concern

This is to certify that Advocate Mrs. Mameeta Nepali has been working in this organization as a Legal Officer since 2000. As a Legal Officer at DNF, she is responsible for research, trainings, drafting, filing and pleading in Dalit Public Interest Litigation and other general cases for the promotion protection and rehabilitation of Dalit Rights in Nepal. She has demonstrated high caliber in Public Interest Litigation (PIL) Cases filed on behalf of DNF. She is also responsible for planning, implementing and monitoring works of Legal Aid Advisory Division (LAAD). She has been committed for justice and development of the Dalit Community of Nepal.

She has participated in various workshops and trainings organized by several national and international organizations both in and out of Nepal. As the first Dalit Woman Advocate of Nepal, she is usually referred to as a resource person in Dalit issue programs of several organizations.

She was a participant of Lobbying Workshop in Sri Lanka organized by Asian forum for women, law and Development (AFWLD) in 2001. She had also participated in one month training on Human Rights in Denmark, organized by Danish human Rights Center (DHRC) in September 2001. She has also attended the CERD meeting held by UN at Geneva, Switzerland in 2002. She was also a participant of workshop on conflict resolution and peace building in Nepal organized by Institute for Multi-Track Diplomacy-America in June 2001. She has lots of experiences of workshops, seminar, and interaction, consultancy programs on Dalit issue as well as Human Rights issues at national and international level. She has been visited some of other European countries.

### President
**Mr. D.B. 'Sagar' Bishwakarma**
*(Jana Utthan Pratisthan-JUP)*

### Vice President
**Mr. Suklal Nepali**
*(SAFE Nepal)*

### General Secretary
**Mr. Gajadhar Sunar**
*(Dalit Welfare Organization - DWO)*

### Secretary
**Mr. Tej Sunar**
*(Oppressed Community Upliftment Center-OCUC)*

### Treasurer
**Ms. Ambika Gajmer**
*(Feminist Dalit Organization-FEDO)*

### Members
**Mr. Bom Bahadur Bishwakarma**
*(Oppressed and Tribal Caste Development Center-OTCDC)*

**Mr. Gopal Lakandri**
*(Nepal Dalit Samudaya Utthan Parishad)*

**Ms. Dhansara Sunar**
*(Nepal Rastriya Dalit Janjati Mahila Utthan Sangh)*

**Mr. Hari Shreepaili**
*(Samudayik Janasakti Bikas Kendra)*

**Mr. Ram Lakhan Harijan**
*(Harijan Sewa Samiti)*

**Mr. Resham Pariyar**
*(PiSti Janaseewa Karyakram-Banke)*



*United Mission for Social Change*

# दलित गैर सरकारी संस्था महासंघ
## DALIT NGO FEDERATION (DNF)

Regd. No.

Ref. No. :



**President**
Mr. D.B. 'Sagar' Bishwakarma
*(Jana Utthan Pratisthan-JUP)*

**Vice President**
Mr. Suklal Nepali
*(SAFE Nepal)*

**General Secretary**
Mr. Gajadhar Sunar
*(Dalit Welfare Organization - DWO)*

**Secretary**
Mr. Tej Sunar
*(Oppressed Community Upliftment Center-OCUC)*

**Treasurer**
Ms. Ambika Gajmer
*(Feminist Dalit Organization-FEDO)*

**Members**
Mr. Bom Bahadur Bishwakarma
*(Oppressed and Tribal Caste Development Council-OTDCC)*

Mr. Gopal Lakandri
*(Nepal Dalit Samudaya Utthan Parishad)*

Ms. Dhansara Sunar
*(Nepal Rastriya Dalit Janjati Mahila Utthan Sangh)*

Mr. Hari Shreepaili
*(Samarthan Janasakti Bikas Kendra)*

Mr. Ram Lakhan Harijan
*(Harijan Sewa Samiti)*

Mr. Resham Pariyar
*(Pidit Janasewa Karyakram-Banke)*

As an active and dynamic employee of DNF, she has been influencing the social justice and development work of our organization. She has in-depth knowledge of social justice/development, Human Rights of Dalit, all Human Rights Instrument and all major international instruments relating to Dalit Rights. As seen so far, on the basis of her prior experiences at various workshops, it can be said that she is committed to transform the knowledge and skills gained to her colleagues with whom she works. She is extremely sensitive to the Dalit Human Right issues arising when working in multicultural groups and is respectful of diversity too. We are proud of her since she is a wealth of our community as well as our organization. We believe that she will be a Great Dalit Women Activist in future if she could get opportunity. We are trying to provide her opportunities to develop her capacity, confidence, and to enhance her knowledge as possible we provide. She has extraordinary talent and capacity on Dalit issue. She has sound knowledge how to cope the problems and established the Rights of Dalit has dedicated on Dalit movement. We proudly can say that the movement of Dalit is contributed by her. She is one of the young emerging, learning Dalit Women Activist we see her bright future that she could lead the Dalit Movement in future in Nepal. But some academic Knowledge is required to her if she could get the opportunity to get the academic course it will be not great for her it will be great for whole Dalit Community and Dalit Movement of Nepal. She is success in get success in her very age of 29 .We are strongly recommended that she is a best candidate for your investment. Every where she could adjust because of her extra quality. She your investment will not only for she it will be for whole Dalit community and Dalit movement of Nepal. We are looking forward to your kind help and coordination.

I wish her success in every step she takes.

Sukalal Nepali
Acting President

Kamalpokhari, Kathmandu, Nepal. Tel. 00977-1-4413517, 2003124, 4413589, Fax. 00977-1-4413589
E-mail: dnf@dnfnepal.org, Website: www.dnfnepal.org



**ANLUS**
ASSOCIATION OF
NEPALESE LAWYERS
IN THE UNITED STATES
254 PALACIO ROYALE CIRCLE, SAN JOSE, CA 95116
☎ 415-202-3215. Email: anlusnepal@gmail.com | **Web:** www.anlus.wordpress.com
A Deemed Not-for-Profit 501(c) (3)

August 14, 2007
ANLUS/007/07

Keshab Raj Seadie, Esq.
55 John St, 17th floor
New York, NY 10038
Tel (212) 571 6002

**Dear Sir:**

You must have been aware of the fact that Association of Nepalese Lawyers in the United States [ANLUS Nepal] (www.anlus.wordpress.com) has been initiated for over a year now. In order to provide a better understanding of our legal community in the United States and to provide a one-window policy to our Nepalese clientele, the organization's website was also setup. We are doing our best to update current and most recent information as available. We request you to provide us with your law firm's brochure, business card and a short biography so that we can update exact information.

Moreover, it has been observed that over these years, South Asian Legal Community has been fostering with organizations such as NASABA, SABA and SALSA. Unfortunately, presence of Nepali Legal Community has not been thoroughly recognized due to less participation. Let's hope that in the coming years, the Nepali Legal Community joins hand with the South Asian legal Community and moves along. There is an immense need of advocacy in the United States about prominent issues such as the human rights situation of Nepal, the decade long conflict and terrorism; development of legal education in Nepal; lobbying for scholarship opportunities for the Nepali law students and development of the judicial sector of Nepal. With a combined and integrated effort through guidance from Nepali Attorneys in the US and mobilization of Nepali law students and Nepali lawyers in the US, these issues can easily be achieved. Even now, some Nepali lawyers and law students have been lobbying these issues from their own standpoint. Ideally, such efforts would impact stronger, if institutionalized.

We have received overwhelming response from everyone. A total of 5,750 Internet search were made in different web engines over these months thus establishing the ultimate need of ANLUS. In an attempt to initiate this collective move for the welfare of Nepalese Legal System and Nepalese Jurisprudence, we seek to involve as many members as we can!

The next step for ANLUS is to be registered for a de jure portfolio. We are currently working on this and there still remains a challenge of remoteness and remote-meetings of the committees. Guidance, comments, inspiration, remarks, cooperation and coordination is what we are asking for currently. We are also developing our own website www.anlus.org for better performance, credibility and sustainability.

Faithfully,

Santosh Giri
Coordinator



3966776

| ARTS-PB-501(c)(3) | Articles of Incorporation of a Nonprofit Public Benefit Corporation |
|---|---|

**FILED**
Secretary of State
State of California

**DEC 01 2016**

To form a **nonprofit public benefit corporation**, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$30** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** California nonprofit corporations **are not** automatically exempt from paying California franchise tax or income tax each year. **A separate application is required in order to obtain tax exempt status.** For more information, go to https://www.ftb.ca.gov/businesses/exempt_organizations or call the California Franchise Tax Board at (916) 845-4171.

Note: *Before submitting this form,* you should consult with a private attorney for advice about your specific business needs.

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **LEADERSHIP BUILDING ACADEMY**

**Corporate Purpose** (Item 2a: Check one or both boxes. Item 2b: The specific purpose of the corporation must be listed if you are organizing for "public" purposes, or if you intend to apply for tax-exempt status in California.)

② a. This corporation is a nonprofit **Public Benefit Corporation** and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for:  ☑ **public purposes.**  ☑ **charitable purposes.**

  b. The specific purpose of this corporation is to **educate & train youth to become future leaders**

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a 1505 corporation as the address for service of process is already on file.)

③ a. **SANTOSH GIRI**
  Agent's Name

  b. **3375 SCOTT BLVD, STE 240**          **SANTA CLARA**          **CA 95054**
  Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box     City (no abbreviations)     State   Zip

**Corporate Addresses**

④ a. **3375 SCOTT BLVD, STE 240**          **SANTA CLARA, CA 95054**
  Initial Street Address of Corporation- Do not list a P.O. Box     City (no abbreviations)     State   Zip

  b. _____
  Initial Mailing Address of Corporation, if different from 4a     City (no abbreviations)     State   Zip

**Additional Statements** (The following statements are required to obtain tax exemption from the Internal Revenue Service or the California Franchise Tax Board under Internal Revenue Code section 501(c)(3). Note: Corporations seeking other types of tax exemptions should not use this form.)

⑤ a. This corporation is organized and operated exclusively for the purposes set forth in **Article 2a** hereof within the meaning of Internal Revenue Code section 501(c)(3).

  b. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and this corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

  c. The property of this corporation is irrevocably dedicated to the purposes in **Article 2a** hereof and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.

  d. Upon the dissolution or winding up of this corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for **charitable, educational and/or religious** purposes and which has established its tax-exempt status under Internal Revenue Code section 501(c)(3).

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

Incorporator - Sign here          **SHYAM SHRESTHA**
                                  Print your name here

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 5130-5132 et seq., Revenue and Taxation Code §§ 23151 et seq. and 23701 et seq.
ARTS-PB-501(c)(3) (REV 08/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

Rekisteröidy

Sähköposti tai puhelin     Salasana

Kirjaudu sisään

Unohditko käyttäjätilin?

**Leadership Building Academy**
12. huhtikuuta 2017 ·

Jessup Team from Kathmandu School of Law advanced to top 32 Phillip C. Jessup International Law Moot Court Team out of more than 143 national teams from more than 85 countries ! Bravo, well done! Good luck on advanced rounds ! #SistersoftheSun #Jessup #JessupCup #WhitecaseJessup Ksl Nepal KSL Career Board

Mamta Siwakoti – Participant
Dhruba Yonzon- Participant
Anuj Chand- Participant
Saugat Jung Pandey- Participant
Anjana Dhital- Participant
Swechhya Sangroula-Team Manager and Coach

Support the team at https://www.fundprovo.com/.../six-2-way-tickets-ktm-dc-for-20...

https://www.ilsa.org/jessuphome / www.ksl edu np



ILSA.ORG
**International Law Students Association - the future of international law - Jessup**

2                                    2 kommenttia

Jaa

Osuvimmat

Prabudhda Dahal Who all are the participants from KSL?      2
2 v

Leadership Building Academy Updated.
2 v

### Aiheeseen liittyvät sivut

 **Pramesh Shrestha**
Henkilökohtainen blogi

 **Dibyopadesh LBA**
Koulutus

 **Udhyamshala - उद्यमशाला**
Paikallinen yritys

 **Dhirendra Kumar Shah धिरेन्द्र कु...**
Poliitikko

 **Dr. Dinesh Prasain डा. दिनेश प्रसाई**
Julkisuuden henkilö

 **Supendra Tamrakar सुपेन्द्र ताम्राकार**
Julkisuuden henkilö

 **Aalok Subedi आलोक सुबेदी**
Yrittäjyys

 **Amrit Bista अमृत बिस्ट**
Sosiaalipalvelu

 **Nepalaya Post**
Media- ja uutisyhtiö

 **FinSight CPA & Analytics**
Liiketoimintakonsultti

 **Tikijhya Ventures**
Sosiaalisen median mainostoimisto

 **विवेकशील नेपाली जापान Bibekshe...**
Poliittinen puolue

Suomi · English (US) · Español · Português (Brasil) · Français (France)

Yksityisyys · Käyttöehdot · Mainostaminen · Mainokseni · Evästeet · Lisää
Facebook © 2019

**Näytä lisää sivusta Leadership Building Academy Facebookissa**

Kirjaudu sisään     tai     Luo uusi tili

## About Us

Leadership Building Academy (LBA) is a 501 C 3 organization registered in the USA and has leadership building school based in Nepal that aims to change Nepal's current political and social leadership crisis by improving the quality of leaders that get elected into Nepal's political and administrative system. It aims to do so by developing 100 national-level leaders who will be able to challenge the status quo and redefine Nepal's political landscape in the next 5 years (August 2021).



Our focus is on the following 8 pillars of Nepal that will make the country peaceful and prosperous.

1. Responsibility
2. Accountability
3. Freedom
4. Prosperity
5. Unity
6. Empowerment
7. A servant Government
8. An open and reforming Nepal

## The end result?

1. After 5 years, at least 100 graduates of LBA will be well placed to change the political landscape of Nepal that is currently rife with corruption.
2. LBA will continue creating leaders out of ordinary, determined youths of Nepal by equipping them with the tools and vision to turn our nation around.

We seek your support to help build LBA into a world class center of excellence that will be able to fill the ever-increasing leadership void that currently exists in Nepal by providing a platform for young, determined political and social leaders to learn and grow.

25



---

## RE_Sponsorship Request
3 messages

---

**SACHIN KUMAR LOHANI** <lohanisachin1997@gmail.com>                    Fri, Feb 22, 2019 at 11:42 PM
To: Santosh Giri <info@lexgiri.com>
Cc: kparishkrit@gmail.com

February 23, 2019

Mr. Santosh Giri,

1765 Scott Blvd, Suite 210

Santa Clara, CA 95050

Re: **Sponsorship Request**

Dear Sir,

My name is Sachin Kumar Lohani and I am  writing this letter on behalf of the team comprising of Ms. Rupa Basnet, Ms. Ratna Maharjan, Mr. Samrit Kharel, and Ojaswee Bhattarai, to inform you that our team has been qualified to represent Nepal in the 60th Philip C. Jessup International Law Moot Court Competition ("**Jessup Moot**") after winning the intensive National Rounds.

***About Jessup Moot:***

*With more than 2,000 law students hailing from as many as 90 countries participating each year, Jessup is the world's largest moot court competition. The 60th Jessup Moot is going to be held on the date 31st March to 6th of April at Washington DC, USA. The theme for this year's Jessup is a loss of biodiversity due to acts of private corporations, species conservation, misappropriation of traditional knowledge, the interplay of compensation mechanism for such appropriation and indigenous peoples' rights, which is one of the emerging issues in international law and of great concern of the international society. The reason that makes this platform prestigious is that the final round would be presided over by the three incumbent judges of the International Court of Justice.*

We are bonafide, full-time students in the university being passionate about international law, and in the past have also been engaging in international law moot court competitions and have been able to win some regional tournaments. Our institution, Nepal Law Campus, Tribhuvan University, is the oldest and the first law school of Nepal that runs on a meager budget allocated by the government and tuition fees of the students. Furthermore, it has no budget headings allocated for expenses incurred in the participation of students in such events. Thus, it is with a heavy heart we say that we might not be able to participate in the competition if we fail to manage for the budget that would be in need for making our successful participation in the Jessup Moot.

While we have been able to gather the expenses for accommodation, registration and visa fees from our personal contribution and partially from our institution, we are seeking financial

assistance from individuals and institutions to support our endeavor by helping us for:

**a) Travel (the round way trip from Kathmandu to Washington DC) which would tentatively amount NRs. 540,500/- (equivalent to USD 4700).**

We express our commitment to volunteer for any research work on international or domestic law and other matters upon necessary in exchange for the provided assistance. I have, herewith, attached the proposal letter and the letter of authorization of our campus.

Looking forward to your positive response.

Thanking you!


Warm Regards,

Sachin Kumar Lohani

B.A.LL.B (5th Year), Nepal Law Campus

---

**2 attachments**

 **Proposal.docx**
66K

 **Letter of Authorisation..pdf**
378K

---

**Santosh Giri** <info@lexgiri.com>                                  Sat, Feb 23, 2019 at 12:05 AM
To: SACHIN KUMAR LOHANI <lohanisachin1997@gmail.com>
Cc: kparishkrit@gmail.com

Dear Sachin

Pleased to see my alma mater progress towards Jessup and shattering the monopoly of exotic private law schools.
Please provide a breakdown of the costs, as well as dates of proposed travel and residency.

Having sponsored Jessup Nepal finalists last year, represented by KSL and the year before, I suggest we plan this early to potentially reduce the costs.

Additionally, I am glad to announce CJ Kedar Prasad Giri Foundation Scholarship for Nepal Law Campus Jessup finalists of Rs 20,000 each moving forward.

Please connect the administration and the finalists next to send us a recommendation letter from the Law Campus affirming the same.

Regards
Santosh Giri
9258581615
https://www.linkedin.com/in/santosh-giri-b0102235


[Quoted text hidden]

---

**SACHIN KUMAR LOHANI** <lohanisachin1997@gmail.com>                Sat, Feb 23, 2019 at 12:44 AM

6/10/2019, 4:53 PM



Santosh Giri <info@lexgiri.com>

---

## URGENT 6 tickets for next week
11 messages

---

**Santosh Giri** <info@lexgiri.com>                              Tue, Mar 28, 2017 at 4:26 PM
To: Booking Info <booking@nepastraveltours.com>, sabindra@nepastraveltours.com

Sabindra ji

As requested, please see what is the lowest possible cost available for these 6 students. They are all law students and i am sponsoring them to attend a law student competition in DC.

58th Philip C. Jessup International Law Moot Court Competition 2017 being held in DC from **April 9, 2017 through April 15, 2017**.

They need to be in DC by April 8th and can leave after April 20th onwards.

**They have sent the following request but we will get the tickets for the best available cost only.**

| Depart on | Return on | Traveler | Date of Birth | | |
|-----------|-----------|----------|---------------|---|---|
| 4/6/2017 | 4/27/2017 | Swechhya Sangroula | 2/27/1992 | | |
| 4/6/2017 | 5/1/2017 | Mamta Siwakoti | 2/1/1998 | | |
| 4/6/2017 | 5/1/2017 | Dhruba Yonzon | 3/5/1996 | | |
| 4/6/2017 | 4/25/2017 | Anuj Chand | 8/21/1992 | | |
| 4/6/2017 | 4/25/2017 | Saugat Jung Pandey | 8/23/1997 | | |
| 4/6/2017 | 4/23/2017 | Anjana Dhital | 11/16/1995 | | |
| | | | | | |

*Best Regards,*
Santosh Giri
**LexGiri, Inc | Corporate Immigration Specialists**
**2098 Walsh Avenue, Suite B, Santa Clara, CA 95050**
info@lexgiri.com | Cell (925) 858 1615 | Office (408) 606 8263 | Fax (408) 540 1400
Not a US Attorney | www.lexgiri.com | linkedin.com/pub/santosh-giri/35/22/b01

LexGiri, Inc works as virtual business immigration paralegal for Law Firms and Attorneys and Onsite/Remote HR Business Partners for Start-ups. LexGiri Inc is not a law firm and does not provide legal advice.

Have you tried our **WageCounty Mobile App** on Android devices or at **WageCounty.com**?
Consolidates OES Wage and County/Zip Code search in one and generate LCA faster. We would love your feedback.

**26**

# LAWYERS takes a lead in abolishing witchcraft and violence against women.

Kathmandu, Nepal.

A writ petition filed against the government, demanding a strong and strict law to be made that would make an end to the customary witch allegation and torture against women, has been seen as one optimistic step by young promising lawyers representing a non-government organization LAWYERS. Lawyers Association for women, youth, environment, rights and society LAWYERS, one pioneer institution expresses its views on witchcraft as an unscientific allegation against poor women especially from rural villages. It all started with a humanitarian conscience of members of LAWYERS when Maranidevi of Simardehi vdc, Mahottari was beaten to death and forced to consume human stool. The serial of such allegation didn't stop and soon a list of names were added to the victim women such Malechiyadevi, Pamphadevi etc. Advocate Santosh Giri, Advocate Reshma Thapa, Advocate Gopal Shah and Advocate Sharmila Dhakal of LAWYERS, claim that one of the main reason of such inhuman allegation is because of lack of good governance in the local governance. The local representatives, who themselves are uneducated and believe in such subjects like witchcrafts are one of the main pedestal for those who believe in such. The writ petition was brought to a hearing for an appropriate order in the Supreme Court, where all the new lawyers proved their dedication in the case and demanded appropriate answers to be taken from the defendants viz. Ministry of Law, Justice and Parliamentary Affairs, Prime ministers Office and the local authorities. Lawmaker, Hon. Justice Gyanendra Bdr. Shrestha's bench issued an order against such defendants after hearing the petition of the plaintiff. LAWYERS seems very positive in their case and are confident that the violence and torture against women will come to an end in a legal way as soon as an appropriate law is made regarding such issues of witchcraft allegations. LAWYERS has recently brought out a dummy journal that covers the news, views and measures taken till now in the witch allegation cases in Nepal. The 20-page journal covers most of the cases with pictures and statistics. According to Advocate Santosh Giri, CEO of LAWYERS, they have been searching for a donor agency both national or international that would help them undergo a 6 months intensive research in the related subject which would eventually bring out possible statistics and enable LAWYERS to take exact measure to make sure such accidents merely happen in near future. The grant or donation will also be utilized for a recycled publication and distribution of the journal "BOXI AAROOP" which LAWYERS intends to distribute among the affected areas and awakening the concerned authorities too. LAWYERS, claims that only 1% of the total mishaps is brought before the eyes of the media while the other 99% are suppressed inside the villages only. The local authority and administration seems to be the main accused in such incidents for not bringing out the truth to the concerned people and the government as well. LAWYERS request all concerned citizens, Go's, Ngo's, Ingo's, Cbo's and Donor Agencies working in Nepal to join hands

6/10/2019, 4:35 PM

with this enthusiastic movement and help victims and possible victims achieve a peaceful and secure life in the coming up days.

Together we can and together we will make a difference!

27

**In re: Sapana Pradhan Malla v. Appointment Politics, et al.**

Advocate Santosh Giri[1]

An active member of Bibeksheel Nepali Dal opines in one of its closed strategic discussion group that UML's Ex-Parliamentarian Sapana Pradhan Malla has been recommended for a Supreme Court Justice role, the same political parties are making the constitution and the laws and the same political parties should now have the power to interpret such laws in the judiciary? Is separation of powers and independent judiciary possible? What happens if this nomination becomes a precedent? Should we raise a voice against this?

Ujwal Thapa, the Chairperson of Bibeksheel Nepali Dal asks the core committee to closely understand the US model for separation of powers between its 3 branches and the process to select its supreme court justice.

Further opining, the member insists, just because Sapana Malla is a woman, many will ignore this appointment and its definite that the UML Intellectuals may misuse this, and then tweets, A member of parliament of a political party, while working in the judiciary can influence the delivery of justice. A follower responds back mentioning that after her appointment, her actions should not reflect political colors, and wishes it never happens. However this is not wrong, as she is an expert woman and her ability should not be undermined. A thorough research is done, when such decisions are made, and we should not simply say that this is wrong. The tweeter replies back citing Subash Chandra Nembang's role and his expertise but continuance of politics while he is a legislative member. Sapana has been a political party representative in the past, as such her justice can have political flair. How is an impartial judiciary possible? So far, Judiciary has been hit hard by politicalization. A serious questions looms on Separation of Power and Independence of Judiciary, if Sapana is appointed. Should this really happen, all political parties may find it their envisaged right to appoint their political cadres as justices.

Bibeksheel Nepali Dal practices Meritocracy and firmly believes on capabilities of performance rather than hollow promises. There has been instances when Sanskrit Academic has been appointed a Science Minister under political influence. For the first time in history a woman is in the verge of becoming the first Woman Supreme Court Chief Justice with Honorable Shushila Karki's nomination. With Sapana Pradhan Malla's appointment, the apex court shall have at least 4 woman justices, thus setting a new trend in gender sensitivity. However, this is a plain women rights advocacy notion. Should Partycracy trump Meritocracy, is where we should engage?

Political appointments keeps it balanced according to Supreme Court of the United States - SCOTUS. SCOTUS is ideally for the purpose of interpretation of the intention of the language in the law that Legislative drafted and is challenged with a procedural flaw when the Executive implements it. Thus, the balance of power and separation of power, empowered by an independent judiciary.

Ideally Supreme Court should be impartial, non aligned and apolitical. But it may also slow the progress of national political developments and landmark achievements which are envisioned by the lawmakers if the justices are stuck in the past. It has to be alive, present, conscious and headed the way forward.

A Supreme Court Judge is by far more prestigious than a mere political MP, in terms of the responsibility. Once a Supreme Court judge, Sapana Pradhan Malla or anyone is by default relieved from any or all direct political affiliations and solicitations. A SC justice may not return to practice law as a lawyer after retirement is the core value of the weight of the position. The fate of one of the finest labor and tax

---

[1] West Coast Coordinator, USA Chapter - Bibeksheel Nepali Dal. LLM US, LLM TU, Alum UC Davis

litigator and retired Justice Pawan Kumar Ojha's idle retired life is a shame for the politically divided legal industry. Not to forget Late Bharat Raj Upreti's sudden suicide was a result of the political destruction to desired change judiciary. Dozens of capable ex-temporary Supreme Court Justices were not reconfirmed as a permanent member of the apex court, simply because the political distribution among the political parties and the vacant seats tug-of-war in the Judicial Council, never materialized in the lazy 10 years. Result? Access to Justice and Right to Speedy Trail, seriously infringed.

Nepal's Judiciary was hit with political Influence from 1990, when NC, UML, RPP started appointing Attorney General as the government changed. AG is the lawyer of the cabinet, hence it may make sense to some. But rapid changes of the AG, as the governments changed every 6 months, was itself a mockery of the legal profession. After 2006, the interim constitution gave way to a new process in the Chief Justice appointment, introducing Parliamentary Reaffirmation of a chief justice appointee. Although the seniority of SC Judge establishes the chief justice even today, the appointment system is the womb of political influence. Apparently, Ex-CJ Kedar Prasad Giri was appointed a Chief Justice, but severe tests by the legislative were done during the appointment, to figure out a trend setting process.
New CJ nominee Shushila Karki is considered a CPNM sentiment person in the legal community, even long after her appointment into the Supreme Court. Is she a paid active member of the UCPNM? or has she raised their flag? What sets a SC Justice or a nominee as a political party cadre? Why is that it is believed that other judges are either NC or UML soft corner judges?

Many give example of the finest SCOTUS, where the members of the Court are either appointed by the Republicans or the Democrats. But one must understand the nature of the court and what it delivers, it delivers American's aspirations. SCOTUS, envisioned a Judiciary with Life Term, as such a bipartisan political lobbying would make sense to promote prominent issues such as the First Amendment's Freedom of Speech and religion and the Second Amendment's Right to bear Arms and in some instances moral rights such as Right to Life. A balanced SCOTUS can deliver according to the dynamic socio-economic developments.

Nepal's constitution did not envision a Life Term of SC judges as in the US. As such a political appointment cannot have a long term impact, but we have been a witness to a crippled SC in absence of 50% judges who have not been appointed till date. In the US, a seat is vacant and POTUS is to recommend one soon. If the Democrats appoint one, the SC will be more Democrat in nature, if a future Republican president appoints or the Legislative appoints a Republican soft corner judge, Court will go Conservative.

Our constitution has already been written (amendments dillydallying) but is it worth researching for a sustainable Independent Judiciary where in a notion of SC Justices for life term can be envisioned too? How about appointment of highly experienced retired CJs and Legal Eagles as a permanent body, to capitalize on their experience, performance and to permanently stabilize the notion of the Republic's Federal Supreme Court as the authoritative interpreter of the laws? I'm pretty sure, this must have been discussed during draft of the 8yrs in the making of an expensive law of the land. But is it worth exploring? A life term may seem obsolete, and appointment of Sapana Malla may be taken by many as the SC swaying towards UML, NC and UCPNM partitions as the former AG Mukti Pradhan has even asked for equal portion of SC seats! Reservation in the Apex Court would not be a surprise, if demanded by racial radicals, for the sake of protest.

It is not the political party membership that is going to effect the court, it is the definition of the laws, where the Supreme Court judges define, which gets effected. For example, Right to life, Free Speech, Religion, Press, and the new 3 dozens fundamental rights, directive principles and mirage institutions. The constitution is already colored with politics right from its preamble, and the political players will want their say on each of them, that reflects the core of their party. Political appointment will be done, it

shall continue, but a balance among the judges perception, their conservative versus progressive versus democratic versus ultra progressive interpretation of the language of law the focal points.

Having Sapana Pradhan Malla in SC as an avid women rights activist, a learned lawyer who had spearheaded Amendments of 300+ laws which were discriminatory towards women and her solid public interest litigation success are factors of Meritocratic leadership. It is another political fact that drives this appointment that  if Sapana Malla is appointed now, she will not only be the longest serving Chief Justice of Nepal, but also prematurely retire 8 other SC judges in line to be a CJ, by default of Aging out at 62.

Another BNP member is not convinced  with these explanations and views and insists that howsoever Sapana Pradhan Malla is a capable former MP, she should be barred from becoming a supreme court judge as it is going to set wrong ideology for upcoming legislatives. Why do we need to discuss the notions of balance of power sharing between legislative, executive and judiciary if one can become all of them, as there would be no need of separation powers. He thinks it may be  a Sapana's calculated analogy of becoming a Member of Parliament or a Minister of Law and Justice or a Supreme Court Chief Justice, through political influence and affiliation.

What the society is probably asking of Sapana Pradhan Malla, in addition to her top notch legal career credentials, is probably, a public alienation from UML, its membership and denounce political appointment and demand meritocratic appointment. Although Sapana Malla did not contest an election, she was a proportional Constitutional Assembly member from UML in the first Constitutional Assembly. Sapana Malls could set new example of public denouncement of any or all political membership and affiliation, to pave way forward, if we really want to set a precedent. Whether the Constituent Assembly was elected to write the constitution or to act as a parliament is an issue for another day. We live in a weird democracy where there has been no direct elections for the popular will to install a parliament or a local government for the last 17 years since 1999. And the constitution further emphasizes no elections for another 3 years. 20 years without a popular will, what a democracy! Why? Politics!

One member sees Sapana Malla as a political leader who studied law, can join Legislative, Executive or Judiciary at any time and sees possibilities of Subash Chandra Nemwang retiring as the judge of Supreme Court. SC has the right to stop any executive decisions if it finds (interprets) that is against constitution or any law. So, can we be ensured that she won't make the work of non-UML government difficult? Or provide unnecessary ease for UML government? People have trust and faith over judiciary that it is impartial. Now, can people have such trust?

Legislative has the power to say no to the executive's recommendation to appoint a Judiciary member. President Obama is in news on possible role as a SC Judge. our very own Vice President Paramanand Jha represented Madheshi Forum, President Ram Baran Yadav represented Nepali Congress and her Excellency President Bidya Bhandari, happens to be a UML. The question is, did any of these revered position holders deliberately advocate for their political ideology ever? if yes, to what extent?

As BibekSheel Nepali Dal is exploring its stance on her nomination, I reached out to Sapana Pradhan Malla, having known her personally and professionally, during my short 6 months tenure in 2004 at Forum for Women, law and Development FWLD. Bibeksheel Nepali Dal firmly believes and upholds the notion of Meritocracy and is positive on Sapana Pradhan Malla's nomination based on her caliber as an avid Woman Rights Activist. Honestly, she is overqualified for the job.

It appears from many opponents that Sapana Pradhan Malla's CA-1 tenure as a UML representative, is an issue. Whereas, we believe, such sacred nomination, automatically supersedes any and all of her political affiliation as an Independent Judiciary member and she shall definitely  deliver justice above political inclination.

Will this require you to detach yourself from UML and CA membership prior to PAC Hearing? Would you publicly announce such detachment? It is no doubt the best time for SC to have 4 Women Justices including the CJ.

Straight from the horse's mouth, Sapana Pradhan Malla, makes it clear that, any person attach to a party needs to detach prior to appointment, but past direct or indirect affiliations are no bar to join judiciary if one has the requisite qualifications. Even in India among two best judges Krishna Iyer was an elected legislature, then a minister and then SC judge and he also contested for the position of the President of India.

Retired Chief Justice Giri praised Sapana Pradhan Malla's appointment in the apex court, and firmly believes she will secure the sacred seat, despite the outcry, as, historically, a nominee is appointed by default, regardless of political backing or not. While a Supreme Court Justice is above party politics it is a sad fact that political recommendation has now become a norm. A SC justice is not a political party member but may deem to advocate on few issues that may seem to align with a party's stand. Is Women's Right to Equality solely a UML Agenda? Sapana Malla has indispensible contributions on women rights, repealing discriminatory laws and is as a domestic, regional and global authority. No one is more capable than Sapana Pradhan Mala, among her peers, for the position as a SCJ and a future CJ and should be taken as the pride of the legal community. Sapana Pradhan Malla, as a social engineer, is indispensible.

The value of political affiliation with Constitutional Assembly proportional appointment does not really hold water in presence of people like Larkyal Lama and Golchha. Spapna Malla's father allied with Panchayat, her spouse with Nepali Congress and she was a proportional nominee from UML. Such associations, literally have no meaning, compared to her professional caliber. Pradhan Malla further assured, that she would make my best efforts to maintain dignity and respect towards judiciary and also work to ensure justice.

Ujwal believes, it is good to have a women supreme court justice who has activist past, and stood for human rights in the past and knows Sapana while working together during Bibeksheel Nepali Dal's Occupy Baluwatar. Our stance on Sapana Pradhan Malla's appointment may face some music but we firmly believe that there is a fine line between left or right. We are tested in situations like these, where we are rigid yet a little flexible when meritocracy itself is in question.

Advocate Santosh Giri
Bibeksheel Nepali Dal
www.leadnepal.com
sgiri1465@gmail.com

Currently, Silicon Valley, California

March 18, 2016

**28**

# A lawyer walks into a bar...

# A lawyer walks into a bar...

The 14th National Lawyers Conference eventually concluded without any unanimous consensus. Rifts of politically isolated lawyers could be visible throughout the conference, with Democratic, Progressive and Nationalist lawyers holding their own meetings, agendas and demonstrating sheer disregard to the institution. The only consensus among all could be clearly seen after the 2nd day of conference, during cocktail party at Siddharth Hotel, one of the posh hotels in Nepalgunj. Like I said, a lawyer walks into a bar...

Whereas, the participation was huge, almost 1,500 paying up to Rs 7, 500 for participation fee, that alone raised about Rs 10 million apart from the funding it received from the prior and current government in millions, it seemed like a carnival in Western Nepal. Major hotels in the city were booked beyond their capacity, security agencies were issued circular to adopt lenient approach toward our learned friends, relieving everyone from mishaps after late night bar hopping. Like I said, when a lawyer walks into a bar...

**What if the lawyer walked into the Bar!**

At the conference, our Legal Analysts from all five law schools, engaged the participant lawyers in a market research survey for SmartLaw2.0 app, a resurrection of a SmartLaw software we had released back in 2001 as Nepal's first Legal Industry software. Most of the lawyers were highly interested in learning about the app, its infrastructure and provided amazing feedback we anticipated. It was evident, our legal fraternity had enough of the bar and were eager to learn about Bar transformation technologies.

In 2001, prior to release of SmartLaw, our market research showed that among 10,000 licensed lawyers, less than 1,000 had desktops or laptops at their firms and case management followed traditional logbook, diary and personal memory method. SmartLaw automated case management, entries, calendaring, court dates and few bare laws for quick access. An overwhelming response during the 2001 press release, established it as our first Legal Industry software. It was installed on 150 computers of solo practitioners, legal aid centers and law firms. SmartLaw was duly recognized by Nepal Bar Association and appointed as Nepal Bar Association's Information Technology Committee Member in 2002. Over these years, legal technology has been gradually accepted by the legal industry as an efficiency and productivity tool with introduction to online supreme court calendaring, Nepal Kanoon Patrika searchable database of decisions, Nepal Law Commission digital library of our laws, as well as ILIRC's LIMS.

Our legal industry is still long overdue a massive digital transformation.

Having developed legal compliance tools such as AutoPAF ® and WageCounty © for the Silicon Valley and heavily used major case management software such as INSZoom, Cerenade, LawLogix over a decade, SmartLaw2.0 aims to equip lawyers with a day to day tool that can increase efficiency, productivity, case and client management and control finance in a highly secure manner in Silicon Valley standard. In the last 17 years, there has been no other Case Management System and SmartLaw2.0 Android and iOS Mobile Apps and its Web Apps, intends to fill this gap.

Instead of isolated political rifts and reflecting oneself as a toothless tiger, a rubber stamp of political camps, the fraternity needs to change its course from a bar to the Bar. The modernization of the Bar needs to focus on Practice Management where lawyers should have the ability to convert a conversation into a business on the go on their mobile devices. A lawyer should be able to self audit their own performance, and check their practice growth health pattern. The fraternity pretty much runs on casual business engagements, with occasional write-offs and we clearly lack attorney-client fee retainer agreement, conflict of interest checks and client and business retention engagement practices.

The global Future Legal Technology is evolving toward absolute Automation of Legal Industry, Robotic Process Automation, Data Analytics, Data Mining, Artificial Intelligence, Natural Language Processing, Machine Learning, Legal Research Robots, Blockchain, Legal Biometrics and our fraternity needs to accept this. It all depends on which bar we choose to walk into. Else, the lawyer will keep walking into a bar, instead of the Bar!

And there's always another Shakespearean idiom from Henry VI, Part 2, Act IV, Scene 2, "The first thing we do, let's kill all the lawyers"!

*The author is engaged in legal technology innovations and Legal Process Outsourcing for over a decade in Silicon Valley and Kathmandu and can be reached at info@lexgiri.com.*

6/10/2019, 4:34 PM

**29**

# Political party Bibeksheel Nepali reach more than 6,000 households

*Post Report*

Jun 4, 2015-

Political party Bibeksheel Nepali has provided more than 6,000 households in 17 earthquake-affected districts with relief material since the April 25 earthquake.

The party began relief distribution from Gorkha on April 27 and has covered more than 500 affected areas so far. Some 3,000 volunteers have been mobilised by the party for relief work. The party has created a separate unit, Bibeksheel Nepali Earthquake Response Task Force (BNERTF), to gather information, collect funds and coordinate relief, and to take care of rehabilitation and reconstruction work.

As per the latest data made available by the party, it has distributed more than 80 tonnes of rice, 60,000 packets of instant noodles, 40,000 packets of biscuits, 18,000 litres of water and 10,000 tents and built more than 5,000 shelters for quake victims. It has also distributed relief supplies in 120 places in the Kathmandu Valley. The party has been to Sindhupalchok 50 times and Kavrepalanchok 18 times to carry out relief operations.

In almost all the areas, the party's volunteers were accompanied by a team of medical volunteers. A total of 335 people, including 50 doctors, were part of the medical team.

"We gather information through phone calls, emails and Facebook and report it to our district coordinators," said Chairperson of BNERTF Simón Dhungana, explaining the party's distribution mechanism. "The district coordinator in turn contacts the Local Development Officer and visits the site to assess the situation."

Bibeksheel Nepali was established by youth leaders hoping to bring about "pragmatic reforms" to politics and governance in Nepal. Despite not winning a single seat in the Constituent Assembly elections, the party is quite popular among urban youth across the country.

During the party's first relief mission it established help desks and provided emergency supplies to hospitals in Kathmandu within half an hour after the first major quake.

The party is now moving into rehabilitation and reconstruction operations. It has started a pilot project to study and rebuild damaged houses in Kavrepalanchok, and it also wants to set up counselling camps for children in

**30**

# Sign the Petition

विदेशमा रहेका नेपालीको
## नोट चल्ने,
## भोट नचल्ने ?

भूगोलले पर छौं
तर देशकै नागरिक हौं !
चरम विभेद नगर
सक्षम नेतृत्व चुन्न हामीलाई नरोक !!

**9,210 have signed.** Let's get to 10,000!

**Prasanna Shrestha** signed this petition

**Gautam Karki** signed this petition

---

**विदेशमा रहेका दशौं लाखौं नेपालीले भोटै गर्न नपाउने? सक्षम नेता चुन्नै नपाउने?** यो कस्तो लोकतन्त्र? अ०उनुहोस् संगै लडौं हामी विदेशमा रहेका कर्मठ ईष्ट-मित्रहरुका हककको लागि!

- जसले नेपाल धानेको छ उसलाई भोट गर्न नदिने? ३ मा १ नेपाली भोटर विदेशमा हुन्छन् अर्को निर्वाचनसम्ममा ! उनको **नोट चल्ने - भोट नचल्ने ?**
- जसको रेमिटेन्सले सरकार धानिएको छ त्यसलाई नै तिरस्कार? यो लुटतन्त्र भएन र!
- हाम्रो भविष्य चुन्न हामीलाई नै देउ सरकार नत्र लोकतन्त्र नभन हाम्रो देशलाई !
- सर्वोच्च अदालतको प्रस्ट आदेश विदेशमै रहेका नेपाली नागरिकलाई त्यहिँबाट भोट हाल्न देउ" यसलाई कार्यान्वयन गर्न किन नमानिरहेको ? किन ढिलासुस्ती? जवाफ चाहियो !

साथ दिन: bibeksheelnepali@gmail.com

Change the rules now ! Follow the rules now !
This is UNACCEPTABLE ! 3 Million & more Nepali living out of Nepal are not given the basic facility to vote while they save our economy back home.

- Is it a democracy if nearly 1 out of 3 Nepali voters ( 3 million+) will not be allowed to vote ! Specially, when they are some of most productive citizens who are keeping their families and Nepal running.
  nearly one out of three Nepali voters can't vote because Nepal government just because they happen to be outside Nepal. Is this democracy? Is this loktantra or #Loottantra?
- Supreme Court of Nepal has ordered the government and election commission to provide this rights already! Why are they not doing it ? Why no progress ?

Join our #NepalLetMeVote campaign and protect your rights now:

1 of 2

6/10/2019, 4:52 PM

# 31

# Bibeksheel Nepali picks 21-yr-old Ranju for Kathmandu Mayor

*Post Report*

Apr 18, 2017-

Bibeksheel Nepali Party has nominated 21-year-old Ranju Darshana to run for the Mayor of Kathmandu Metropolitan City in the upcoming local level elections slated for May 14.

Ranju was picked after she expressed her interest to contest for Mayoral post on behalf of the party based on the party's 'open candidacy policy' for the upcoming local elections, the party said in a statement on Tuesday.

Darshana is the only lady vying for mayoral post in the upcoming local polls. The party has claimed that she is the youngest candidate in Nepal's election history.

 "Acknowledging the role of young new generation to fulfill the dream of this generation in solving the underlying local problems, we nominate Ranju," said Bibeksheel Nepali Chairman Ujjwal Thapa.

"We also realise that the city like Kathmandu requires a highly capable team to lead and we have made necessary preparations towards that end," Chairman Thapa said.

Ranju Darshana was born in Kathmandu and she is pursuing her Bachelor's in Development Studies.

"I expect your support and assistance in establishing Kathmandu as the world's most beautiful city. We can together break the old political syndicate in Kathmandu," said Darshana in the statement.

The party has said it would soon announce its candidates for Kathmandu's deputy mayor, ward chairperson and members.

**Ranju Darshana's Story (Bibeksheel Nepali's press release)**

Having grown up witnessing politics mired in violence, murder and vandalism, Ranju Darshana was attracted to Bibeksheel Nepali's non-violent stance and its way of doing politics that would not inconvenience the public. The 21-year-old first became involved with Bibeksheel Nepali Party three years ago to participate in the party's campaign against banda (general shutdown) during the second constituent assembly elections.

Following the anti-banda campaign, Ms. Darshana, who is currently Bibeksheel Nepali Party's Media Department Chief as well as a central

committee member, became associated with the party's social services club and led various social programs. She was also actively involved in the relief programs after the 2015 earthquake. She headed the party's Kathmandu District's Executive Wing for eight months until December 2015.

Darshana was elected as a central member at the party's first general convention in December 2015. Frustrated with the government's slow post-earthquake reconstruction progress, she actively participated in Bibeksheel Nepali's month-long public awareness and pressure campaign.

Darshana took leadership on behalf of Bibeksheel Nepali in supporting Dr. Govinda K.C.'s fight against corruption in the country's medical education system and politics.

Darshana was born and raised in Kathmandu. Raised by a single mother, she considers the women in her life and especially her grandmother as her source of inspiration to move ahead in life. As someone who is committed to making Nepal a prosperous nation, she is doing her undergraduate in development studies.

*Published: 18-04-2017 18:57*

1. The Kathmandu Post
2. ›Valley
3. › Post Report

**32**



# Right to Information (RTI) App for Nepal - Open Source - Free - Creative Commons

| | Author |
|---|---|
| | Advocate Santosh Giri |
| | 03/20/2019 |
| | Right to Information for |
| | citizens of Nepal |
| | Access to Justice and |
| | Democracy |

Create an Application with a page setting of size 8.3 inch x 11.7 inch, which can be filled online on mobile devices, tablets, laptops, digitally signed and then emailed to the authority with applicable fees and also check the status of your RTI application with 15 days deadline, 7 days complaint escalation ticket and 35 days appeal to the information commission. Compile all information received in the portal as a digital library and may also work as a facts database resource.

CREATE AN ACCOUNT

SIGN IN/OUT.

IDENTITY VERIFICATION

OPEN YOUR OWN RTI TICKET

SIGN AND SEND AN RTI TICKET
Change pay method

IS THIS LIFE THREATENING?
EXPEDITE - PRINT/FILE MANUAL

ELECTRONICALLY SIGN RTI APPLICATION

STATUS CHECK
15 CALENDAR DAYS DEADLINE

SUBMIT RTI APPLICATION

INFORMATION DENIED?

Complaint - Escalation to Chief Officer within 7 days

INFORMATION UNSATISFACTORY?

Appeal - within 35 days to Information Commission

SHARE WITH PUBLIC

**Input Name of the Office**
Dropdown menu
Province
District
Name of the Office in the district and address
Dropdown menu and select

**Input Purpose**
Freeflow unicode enabled typing board

List the information you need

INFORMATION RECEIVED?

List the information you need
Freeflow unicode enabled typing board

Payment of Fees via Digital Wallet Enabled
OR Connect IPS e-Payment system
1. Per page Rs 5 normal page (up to 5 pages free)
2. Large page - Per page Rs 10
3. Disc, CD, Drive - Rs 50
4. Site Visit Rs 50 hour/person
5. No Fee for Public Library and Public Free Places
Rule 4 - Right to information Regulations

**Input Date**
1. Select a date in Nepali
2. Select today's date

Input Applicant's electronic Signature eg docusign.
Input Applicant's name
Input Applicant's Address
Input Applicant's Phone Number.
Input Applicant's email

तपाईंको हकियार, सूचनाको अधिकार, भर्याली हतियार

सूचना सरकारबाट खोज्नुहोस
मोबाइल एप्प, ट्याबलेट, ल्यापटप बाट दिन सकिने

पारदर्शिता
जवाफदेहिता

विवेकशील नागरिक बन्नुहोस

33

# United States of America

## United States Patent and Trademark Office

# AutoPAF

**Reg. No. 5,224,907**

**Registered Jun. 13, 2017**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

SiliconHire LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2098 Walsh Avenue
Suite B
Santa Clara, CA 95050

CLASS 9: Downloadable computer software for generating automated Public Access Files from Labor Condition Applications for employers who hire foreign workers to help the employers comply with the guidelines of the Department of Labor

FIRST USE 3-23-2017; IN COMMERCE 3-23-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-074,495, FILED P.R. 06-16-2016; AM. S.R. 03-24-2017
JOHN E MUCHA, EXAMINING ATTORNEY



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

AUTOPAF® (/)

# AutoPAF®

AutoPAF® is a proprietary talent acquisition compliance software developed by SiliconHire LLC, a company engaged in Talent Acquisition Products, Solutions and Services. AutoPAF® is a Simplified Automated Process which makes the method of filing Public Access Files (PAF) simpler, faster and error-free.

Employers who hire foreign workers with a Labor Condition Application (LCA) are required to maintain a Public Access Files (PAF) each time there is a change in the employment. A compliant PAF must be made available to the public within 1 working day of filing the LCA. List of documents to be filed along with the LCA as clearly stated on their Department of Labor (DOL) Fact Sheet 62F.

However, the time and effort needed to assemble required documents is very tedious, confusing and expensive. DOL audits are unpleasant, with less than 72 hours to furnish PAF for all LCAs of current and ex-employees. Many employers have been found ignoring or maintaining PAFs inaccurately. Non-compliant employers have faced civil penalty, monetary fines and are tagged as Willful Violators and debarred from hiring foreign workers periodically which in turn compromises reputation.

SiliconHire LLC developed AutoPAF® software with an intention to overcome the above issues and simplify the process of preparing PAF immediately upon filing the LCA. This helps employers comply with DOL's stringent requirements and avoid consequences. It produces your fully compliant PAF (with the exclusion of company benefit policies) as a PDF binder in just a few clicks. Save it, Print it, Sign it, File it!

AutoPAF® software is suitable for all types of businesses from small startups to large corporations and even attorneys and law firms. AutoPAF™ can also be customized to your existing template.

# Features

The template print out can be customized for logos, headings and general look and feel.

6/10/2019, 4:31 PM

34

Home      F.A.Q.      About

# Wage County Search

## Wage, County, Job Title Search, in One Place.

**WageCounty.com** is an Essential Talent Acquisition On-boarding Tool for HR Professionals, Talent Acquisition Stars, Immigration Attorneys and Specialists.

For Non-immigrant Visa petitions such as H1B and H2B, Prevailing Wage Determinations require search of county wages for positions as determined by Department of Labor while generating Labor Condition Application (LCA) and Prevailing Wage Determination.

The OES Wage Search website from DOL offers free search of salary for positions but does not give an automated County search, which leads to frequent misfiling and errors.

We present one stop solution to this, eliminating searched on 3 different websites to generate a LCA.

1. Free Version offers free consolidated search. Talents do not wait! Make an offer, right then and there.
2. Paid Version will integrate Department of Labor's Labor Condition Application filing from our one stop solution site, making it easy to manage your LCAs, save them accordingly and retrieve as and when needed without logging in to the DOL account at a nominal cost.
3. Pro Version of this HR Essential Tool would allow companies of all sizes to instantly generate LCA Posting Notices, Send LCAs to employees for acknowledgement and generate an instant Public Access File for the corresponding LCA, thereby keeping the employers on the highest level of compliance. Also make instant Talent Acquisition offers on the go 24x7.

Our through understanding of the compliance comes from 30 years of combined experience in the related field.

Talents do not wait for your decision in a volatile Talent Acquisition and Global Mobility market.

6/10/2019, 4:32 PM

**35**

# Smartlaw2.0 | SiliconHire | Talents Without Borders

SmartLaw2.0

## Law, Technology and Codes

SamrtLaw2.0 is a resurrection of SmartLaw Software introduced in Nepal's Legal Industry in 2001 as Nepal's first Case Management Software. SmartLaw was duly recognized by Nepal Bar Association and appointed as Nepal Bar Association's Information Technology Committee Member in 2002. SmartLaw captured 30% of the Legal Industry with 163 installations among 500 lawyers and legal aid centers using desktop computers in 2011. In the last 17 years, there has been no other Case Management System and SmartLaw2.0 Android and iOS Mobile Apps and its Web Apps, intends to fill this gap.

SmartLaw (2001) Desktop Version

- Client Intake
- Calendar Management
- Case Notes
- Legal Resources, Acts and Constitution
- Monthly Report

SmartLaw2.0 Mobile Apps iOS and Android

- Practice Management
  - Client Registration on the go
  - Performance Self Audit
  - Attorney-Client Retainer Agreement
- Case Management
  - Calendaring – Court Dates, Appointments and Deadlines
  - Case Tracker System
- Network Management
  - Networking with Legal Industry
  - Lawyer's Rating System
- Financial Management
  - Finance Tracker – Budgeting, Invoices and Revenue Collection
  - What's your Net worth?

SmartLaw2.0 Research & Development

- Survey among 1500 legal professionals on SmartLaw2.0 features at All Nepal Lawyers Conference being held on March 23-25th, 2018 in Nepalgunj
- Promotion of the product concept
- Brand Resurrection
- Data Collection and Analytics

• Networking with Legal Professionals

The Future of Legal Technology we are working on:

- South Asia Legal Marketplace
- Globally Scalable solutions
- Automation of Legal Industry
- Robotic Process Automation
- Data Analytics
- Data Mining
- Artificial Intelligence
- Natural Language Processing
- Machine Learning
- Legal Research Robots
- Blockchain

**36**

THIS CERTIFIES THAT

## Santosh Giri

has successfully completed the Hive Global Leaders Summit which took place in
Scotts Valley, California at 1440 Multiversity and is therefore awarded this

# GRADUATION CERTIFICATE

Given this 19th day of August 2018



Chris Dugan
Community Manager

Ryan Allis
Founder & CEO



## Contact

1765 Scott Blvd, Ste 210, Santa
Clara, CA 95050
9258581615 (Mobile)
info@lexgiri.com

www.linkedin.com/in/santosh-giri-
b0102235 (LinkedIn)
www.lexgiri.com (Company)
www.autopaf.com (Portfolio)
www.wagecounty.com (Portfolio)

## Top Skills

Immigration Law
Immigration Issues
Human Resources

## Languages

Hindi (Professional Working)
Urdu (Elementary)
Maithili (Limited Working)

## Certifications

West Law Legal Research
LexisNexis Legal Research

## Honors-Awards

Scholarship
Merit List

# Santosh Giri

Corporate Immigration Specialist specializing in PERM, EB1A/B/C,
NIW for Law Firms (remote)
Santa Clara, California

## Summary

Remote Corporate Immigration Specialist with leading US law
firms and attorneys delivering Non-immigrant and Immigrant Visa
Petitions. EB1A, EB-1C, PERM, L, H, RFE, MTR Specialization.
**Not an Attorney in the US.  INSZoom, LawLogix, Cerenade
eImmigrationAIR. One Stop Legal Process Outsourcing.

_____

## Experience

**Dahal Law  Associates, LLC.**
Corporate Immigration Specialist
August 2016 - Present
Falls Church, Virginia

Attorney Bandita Sharma Dahal, Esq. | www.banditaimmigration.com

EB-1, H-1B, RFE, I-140, L-1A/B, PERM ETA-9089, ETA-9141, State
Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM
Tracker, Calendaring. Liaison with supervising attorney and the client
employer/employees remotely as a supervised paralegal.

**Liberty Immigration Law Group**
Remote Corporate Immigration Paralegal
April 2017 - Present
Tempe, Arizona

Attorney Shufan Sung, Esq. | www.gousliberty.com

H-1B, RFE, I-140, L-1A/B, PERM ETA-9089, ETA-9141, State Workforce
Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker,
Calendaring. Liaison with supervising attorney and the client employer/
employees remotely as a supervised paralegal.

**Kingswood Law**
Remote Corporate Immigration Paralegal
February 2017 - Present

Diamond Bar, California

Attorney Jing Wang, Esq. | http://kwlaws.com

H-1B, RFE, I-140, L-1A/B, PERM ETA-9089, ETA-9141, State Workforce
Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker,
Calendaring. Liaison with supervising attorney and the client employer/
employees remotely as a supervised paralegal.

## The Dworsky Law Firm
## Remote PERM Paralegal
October 2016 - Present
Northfield, Illinois

Attorney Ashley D. Dworsky, Esq. | http://www.dworskylaw.com

H-1B, RFE, I-140, PERM ETA-9089, ETA-9141, State Workforce Agency,
Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring.
Liaison with supervising attorney and the client employer/employees remotely
as a supervised paralegal.

## Law Offices of Gopal Shah
## Remote Corporate Immigration Specialist
January 2015 - Present
San Francisco, California

Attorney Gopal Shah, Esq. | www.gopalshahlaw.com

H-1B, RFE, L-1A/B, PERM ETA-9089, ETA-9141, State Workforce Agency,
Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring.
Liaison with supervising attorney and the client employer/employees remotely
as a supervised paralegal.

## Bhatta Law & Associates PLLC
## Remote Corporate Immigration Specialist
January 2015 - Present
New York, New York

Attorney Dilli R. Bhatta, Esq. | www.bhattalaw.com

H-1B, RFE, PERM ETA-9089, ETA-9141, State Workforce Agency,
Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring.
Liaison with supervising attorney and the client employer/employees remotely
as a supervised paralegal.

Law Office of Yagya Nepal
Remote Corporate Immigration Specialist
January 2015 - Present
San Leandro, California

Attorney Yagya P. Nepal, Esq. | www.yagyaimmigration.com

EB-1A, H-1B, RFE, I-140, L-1A/B, PERM ETA-9089, ETA-9141, State
Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM
Tracker, Calendaring. Liaison with supervising attorney and the client
employer/employees remotely as a supervised paralegal.

SiliconHire LLC dba LexGiri
CEO
June 2011 - Present
Santa Clara, California

www.lexgiri.com | www.siliconhire.com | www.wagecounty.com |
www.autopaf.com

Corporate Immigration Specialist services to Attorneys, Law Firms, HR
Business Partners.
Foreign Workers Hiring Compliance Solutions, Mobile Applications, Software
Solutions

Virtual/Remote Business Immigration Paralegal for Law Firms, Attorneys
and HR Business partners. Corporate Immigration Management for multiple
IT & Healthcare Businesses as their in-house and remote manager. Liaison
with employees to meet their immigration goals,  assist attorneys and take
assignments on project basis. 10+ years of solid track record with high
success rate, quick turn around time and cost-effective quality with attention to
detail. Not a US Attorney. Not providing legal advice.

Giri & Associates
Advocate - Licensed Attorney - Nepal Jurisdiction
June 1998 - Present
Kathmandu, Nepal

Licensed Attorney limited to Nepal Jurisdiction since 1998.  Foreign Legal
Process Outsourcing.  Commercial Law Firm Management Software launched
-SmartLaw 2000.  Legal Advisor for Growing Pvt. Ltd, Benchmark Nepal Pvt.
Ltd., Spice Group, Narayani Chemicals, Nepal Development Bank, LAWYERS

Nepal, LANCAU Nepal, HUREP Nepal. Practice Areas - Public Interest Litigation, Human Rights Law and Corporate Law.

## BRATTER PA
PERM Team
December 2016 - Present
Miami/Fort Lauderdale Area

Business Immigration paralegal for PERM.

## Klug Law Firm PLLC
Supervising Corporate Immigration Paralegal
January 2018 - May 2019 (1 year 5 months)
New York

Supervising Business Immigration Paralegal

## Eli M Kantor Law Offices
Remote Corporate Immigration Paralegal
June 2017 - April 2019 (1 year 11 months)
Beverly Hills, California

Attorney Eli M. Kantor, Esq. | http://www.beverlyhillsimmigrationlaw.com

PERM ETA-9089, ETA-9141, State Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring. Liaison with supervising attorney and the client employer/employees remotely as a supervised paralegal.

## 8K Miles Software and Solutions (Cintel Systems, Inc)
HR BP - Immigration
June 2010 - December 2018 (8 years 7 months)
San Ramon, California

Corporate Immigration Compliance and Management. Permanent Residency, EB-1/2/3, H-1B, L-1A/B, NAFTA, MTR/Appeal, RFE, PERM, Public Access and Posting Compliances, Successor-In-Interest Petitions, Acquisition Agreements, Consulting Agreements, Employment Handbook and Immigration Policies. Trained staff on INSZoom features. Periodic Immigration compliance reports. Liaison with in-house and outside counsel.

## JK Law Group
Corporate Immigration Specialist
March 2017 - October 2018 (1 year 8 months)
Bellevue, Washington

Attorney Wangjin Kim, Esq. | www.jklawgroup.com

PERM ETA-9089, ETA-9141, State Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring. Liaison with supervising attorney and the client employer/employees remotely as a supervised paralegal.

### Kerner Andersson Law Firm
Corporate Immigration Specialist
July 2017 - September 2018 (1 year 3 months)
Dakota Dunes, South Dakota

Attorney Anna Kerner Andersson, Esq. | www.kernerlegal.com

EB-1A, O-1, PERM ETA-9089, ETA-9141, State Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring. Liaison with supervising attorney and the client employer/employees remotely as a supervised paralegal. Software - Cerenade eIMMIGRATIONAIR

### THE GAMBACORTA LAW OFFICE LLC
Remote Corporate Immigration Paralegal
June 2017 - August 2018 (1 year 3 months)
Chicago, Illinois

Attorney Timothy A. Gambacorta, Esq. | http://gambacortalaw.com

PERM ETA-9089, ETA-9141, State Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring. Liaison with supervising attorney and the client employer/employees remotely as a supervised paralegal.

### Eikon Law
Corporate Immigration Paralegal
June 2017 - June 2018 (1 year 1 month)
Los Angeles, California

Attorney Joubin Sedgh, Esq. | www.eikonlaw.com

EB-1, NVC, L-1, PERM ETA-9089, ETA-9141, State Workforce Agency, Advertisements, Recruitment Report, Audit, RFI, PERM Tracker, Calendaring. Liaison with supervising attorney and the client employer/employees remotely as a supervised paralegal.

### Aruba Networks
### Imigration Specialist, Global Immigration & Mobility
March 2013 - January 2014 (11 months)
Santa Clara, California

Immigration Specialist overseeing Global Immigration and Mobility Program and Business Partners. Inbound and Outbound Immigration. Annual Immigration Program Budgeting, Quarterly Budgeting and Projections, Periodic Immigration Program Report. Volume H1Bs, L-1A and L-1B, TN and B-1 nonimmigrant visas as well as employment and family based immigrant visa processing for permanent residency. PERM, I-140, I-485, EB-1/2/3, H1B, L-1A, L-1B, AOS, I-140, PERM, TN, Nunc Pro Tunc, LCA/PAF Compliance, Successor-in-Interest, B-1, RFEs etc. Immigration and Mobility Budgeting, Managers and employee's education and personalized meetings, setting up quarterly immigration goals, worked with HR, Finance and Recruitment to liaison with the law firm attorneys and paralegals. Trained staff on INSZoom features. Periodic Immigration compliance reports. Used LawLogix and INSZoom.

### Tafapolsky & Smith LLP
### Senior Immigration Paralegal
March 2013 - January 2014 (11 months)
San Francisco, California

Immigration Specialist overseeing Aruba Network's Global Immigration and Mobility Program and Business Partners. Inbound and Outbound Immigration. Annual Immigration Program Budgeting, Quarterly Budgeting and Projections, Periodic Immigration Program Report. Also assisted briefly in Microsoft Immigration Program for the firm.  Used LawLogix and INSZoom.

### The Chugh Firm
### Business Immigration Paralegal
January 2006 - June 2010 (4 years 6 months)
Santa Clara, CA

High Volume Corporate Immigration Paralegal supporting business immigration matters for multiple multi national companies.

### Forum for Women, Law and Development
### Legal Officer
January 2003 - May 2004 (1 year 5 months)
Kathmandu, Nepal

Women's Right to Nationality Baseline Study Nepal for Ford Foundation

Law to curb witchcraft violence against women in Nepal

Translator of Nepal Laws

---

## Education

Golden Gate University, School of Law
LLM, US Legal Studies & Immigration Law · (2005 - 2007)

UC Davis School of Law
Summer Program, Orientation in US Laws · (2005 - 2005)

Tribhuvan University
Master of Laws (LLM), Commercial Laws · (1994 - 2002)

St. Xaviers School
· (1993)

38



# NEPALI ASSOCIATION OF
## NORTHERN CALIFORNIA
## (NANC)
### Established 1994
### A California 501(C)(3) Registered Organization
### Corp#2002790

**Executive Committee**

President
Preetesh Karki

Sr.Vice President
Kalpana Lama

Vice President
Sangita Biswakarma

General Secretary
Yagya Nepal

Secretary
Ishwori Neupane

Treasurer
Kileshwor Malla

Dept. Treasurer
Krishna Maharjan

**Board of Director**
Deepak Dahal
Dhruba Bashyal
Dilli P. Bhattarai
Kul P. Dhakal
Sunita Dhital
Suresh Bhatta
Suvash S. Thakuri
Tanka Mainali

**Contact us**
9437 Clemente Dr
Oakland, CA 94603
www.nancusa.org
info@nancusa.org

---

January 27, 2025

### Character Reference Letter for Santosh Giri

This letter is issued in reference to Mr. Santosh Giri who has been an invaluable member for the Nepali community in Northern California, The Nepali Association of Northern California (NANC), and Nepali Community Center.

The Nepali Association of Northern California (NANC), a California 501 (c)(3) registered non-profit organization, # Corp 2002790 IRS EIN #94-3219996 was officially established in 1994 by a group of Nepali immigrants living in the San Francisco Bay Areas. This first Nepali community organization in the Bay Area was formed as a non-political community with a purpose to promote and preserve Nepali cultural traditions, and language among the Nepali diaspora in Northern California. Prior to the formal establishment of NANC, Nepali community in the Bay Areas gathered in small groups and celebrated most of the Nepali festivals, such as Dashain, Tihar, Teej, Buddha Purnima together and tried to create a small home away from their birth land.

Mr. Giri has been an integral part of shaping and evolution of Nepali Association of Northern California, specifically Nepali Community Center for over 2 decades, a dream project of our community which is finally shaping up.

Mr. Giri has been an avid supporter for the early concept of Himalayan Community Center around 2006, which later transformed to Nepali Community Center in the later years. Mr. Giri has relentlessly voiced his concerns and support for the community center as a one stop destination for the growing Nepali community in Northern California.

Recently, Mr. Giri has advocated for Nepali events, community gatherings, volunteered in numerous occasions, language classes, cultural events, Nepal Day parade, Passport Camp, Annual Picnic, Annual Dashain Festival celebrations and countless events.

---

*Preserving and promoting Nepali Identity and culture among Nepalese and friends of Nepal while encouraging Cooperation among Nepalese residing in Northern California*



# NEPALI ASSOCIATION OF
## NORTHERN CALIFORNIA
## (NANC)
**Established 1994**
**A California 501(C)(3) Registered Organization**
**Corp#2002790**



**Executive Committee**

President
Preetesh Karki

Sr. Vice President
Kalpana Lama

Vice President
Sangita Biswakarma

General Secretary
Yagya Nepal

Secretary
Ishwori Neupane

Treasurer
Kileshwor Malla

Dept. Treasurer
Krishna Maharjan

**Board of Director**
Deepak Dahal
Dhruba Bashyal
Dilli P. Bhattarai
Kul P. Dhakal
Sunita Dhital
Suresh Bhatta
Suvash S. Thakuri
Tanka Mainali

His contributions, dedication and leadership towards our society has been sought after by the younger generation as well as the elder generation. Despite being extremely engaged in social, political, cultural, economic and civic issues for our community, Mr. Giri has never desired any leadership roles with us or any other organizations, which is exemplary. His selfless leadership is something we all cherish.

We are sad to see that some circumstance led him to his legal matter where he is facing the court of law for possible sentencing, and it aches our community's heart. Mr. Giri has always had a big heart for everyone and that may be one of the reasons why he might have gotten into trouble with the law.

We therefore request the court to pardon Mr. Giri, if possible, if not assign him to community service, which would be a great value to the community and would be an opportunity to give back to the society for him.

Sincerely,

Preetesh Karki
President

**Contact us**
9437 Clemente Dr
Oakland, CA 94603
www.nancusa.org
info@nancusa.org

*Preserving and promoting Nepali Identity and culture among Nepalese
and friends of Nepal while encouraging Cooperation among Nepalese
residing in Northern California*

39

# Nepali Women's Global Network California Chapter- EST 2012



January 28, 2025

Letter of Recommendation for Santosh Giri

To the Court and the Parties Concerned:

The Nepali Women's Global Network - NWGN California Chapter is non-profit organization, established in 2012. This is a women-led organization dedicated to support the growth of Nepalese woman development by providing financial, emotional and social support.

We have been aware of the fact that Mr. Giri faced legal consequences at the court of law where he has already pleaded guilty. We believe he thoroughly cooperated with the government, attorneys and investigation officers to conclude the case, and it will be unfair prejudice to Mr. Giri if he is not granted pardon, leniency, or lesser sentencing considering his decades of good work to promote and conserve women human rights, and his reputation as a go to person for those in need.

Mr. Giri is well known for his landmark case, Lawyers v His Majesty's Government, where he and his team successfully won the battle to declare Violence against Women in the form of Witchcraft Allegations, which I transpired to the current one of the strongest laws of Nepal. I am personally aware of the fact that Mr. Giri also successfully forced the government to enact laws to criminalize untouchability and all forms of racial discrimination. Mr. Giri and Mrs. Mameeta Nepali Giri, both are Advocates in Nepal (licensed attorneys), who are counted among one of the few extraordinarily sought-after public figures who challenged the status quo through inter-caste marriage and set an example for the society.

NWGN California Chapter has always received support, valuable suggestions, leadership and mentorship from Mr. Giri, and we truly believe that Mr. Giri is one of the few Nepali community leaders in the United States and Nepal, who can help shape today and tomorrow for our community.

We strongly believe that Mr. Giri has the abilities necessary to contribute to our community in the United States as well as in Nepal and if he were given a chance to repent his crime, he would contribute the rest of his life for the betterment of our community, specifically the voiceless, women, children and marginalized community.

Therefore, we urge the court to consider Mr. Giri's remarkable journey and his character and have mercy on Mr. Giri.

Sincerely

Sheela Thapa
President

40



# नेपाली जनसम्पर्क समिति अमेरिका

## Nepali Public Relation Committee America



Northern California Chapter
NPRCA, California
Est. 2006



Date:-01/27/2025

Character Reference Letter - Santosh Giri

We are writing this letter to elaborate on Mr. Santosh Giri's character and contributions to our growing Nepali Community in San Francisco Bay Area for over 2 decades, specially with Nepali Public Relations Committee, America - Northern California Chapter.

Nepali Public Relations Committee, America [Nepali Janasamparka Samiti, America] is an non-profit organization registered in the state of Texas in the United States of America. It was established with the mission of institutionalizing democratic values and principles in Nepal. NPRCA aims to advocate for democracy and people's sovereignty in Nepal, to support Nepali Congress, the oldest democratic party in Nepal, in its political objectives of democratic socialism; to promote peace and harmony, to campaign for indigenous, human and gender rights, to support humanitarian activities, to offer research about B P Koirala's vision and contribution in relation to socioeconomic development and policy, to establish and promote people to people contact, cooperation and mutual understanding between the US, and Nepalese immigrants, and to promote cultural exchange between Nepal and the United States.

I am Narayan Khanal, President of Nepali Public Relations Committee, America [Nepali Janasamparka Samiti, America]- Northern California Chapter. I have known Mr. Giri for more than a decade through numerous social events. He has been an active advocate of democracy, human rights, immigrant rights and foreign workers rights. Our community seeks his valuable input in almost everything related to these matters as he is one of the few members of our society to understand the legalities of both Nepal and the United States.

I personally believe that his personal nature of being extremely helpful, approachable, and emotional attachment with the community might have led to the legal problems.

We humbly request to exercise utmost mercy, compassion and empathy in Mr. Giri's sentencing.

I and our esteemed community members would be happy to provide further testimonies written or in person, in regards to his impeccable character otherwise.

Sincerely,

**Narayan Khanal (Acting President)**
**Nepali Public Relations Committee, America**
**Nepali Janasamparka Samiti, America**
**Northern California Chapter**

41



FOR NEPALI BY NEPALI                नेपालीका लागि नेपाली

# Non-Resident Nepali Association
# National Coordination Council- USA



### CALIFORNIA CHAPTER

**Hari Prashad Ojha**
President

**Basu Chhetri**
Vice-President

**Gita Bajgain**
Women
Vice-President

**Kopila Adhikari**
General Secretary

**Sushila Khanal**
Women- Secretary

**Tejendra Baral**
Treasurer

**Komel Dotel**
Women- Coordinator

**Prasmita Sharma**
Youth- Coordinator

**Board Members:**

**Ajit Ghimire**

**Ashik Neupane**

**Bijay Chaudhary**

**Ianank Dhungana**

**Kailash KC**

**Keshar Kusari**

**Manoj Thagunna**

January 26, 2025

Character Letter for Mr. Santosh Giri

Non Resident Nepali Association of California NRNA-CA advances the integration of all Nepali organizations to achieve a vibrant, just, equal opportunity for the Nepali American Community.

I, Hari Ojha, President of California Chapter, write this letter to request the court to consider Mr. Giri's immense contribution to the Nepali American Community in California. We need community leaders and selfless people like Mr. Giri to shape our growing community which is faced with numerous challenges on a daily basis.

Mr Giri demonstrated the highest level of ethical practice during the NRN election in 2019, where he publicly raised concerns over the influence of powerful people in community politics. He was even threatened by few who were unhappy that their votes would be affected. Nevertheless, he continued supporting the students rights, new immigrants concerns and supported youth leadership for a better future of our community.

In 2024, he demonstrated his true spirit in the grand Nepal Day Parade held in San Francisco during Nepali New Year where he volunteered for the entire day as a driver for national sportsmen, logistics and also transported children and elderly to and from the event. It is because of selfless people like Mr. Giri, that helps our community become better and stronger by the day.

We are disheartened to know that Mr Giri has an ongoing legal matter at a federal court where he awaits sentencing. We understand that Mr. Giri could have avoided the situation which led him to this situation. But we also believe that Mr. Giri's positive contributions to our community in Nepal and the United states is more valuable than his negative actions.

Therefore, we request your honor to humanely grant him every possible leniency so that he can continue to help build our society.

Respectfully,

**HARI PRASHAD OJHA**
**PRESIDENT, NRNA NCC USA**
**CALIFORNIA CHAPTER**

**Web: https://nrnusa.org.**
**Email:nrnaca@gmail.com , cachapter@nrnusa.org**
**Facebook Page:** *https://www.facebook.com/nrnca/*
*Address: 1686 Lafayette street, Santa Clara, CA, 95050*

42

January 25, 2025

To Whom It May Concern:

I feel honored to write this reference letter for Mr Santosh Giri, someone who I have admired, worked with, and someone who I have looked up to since 2017.

My name is Pratik Chhetri, and like Mr Giri, I am also an immigrant from Nepal. I came to the US to attend college, and with the opportunities provided in this country over the years, in 2014, I was granted the "Einstein Visa" for my 'Extraordinary Ability' and contributions in global public health. I have worked in 5 continents around the world, largely around health equity and public health programs. I currently work with South Asian refugee and immigrant communities. I am also a doctoral student of public health (Doctor of Public Health- DrPH) at New York University- NYU. When Mr Giri and I connected through a common friend in 2017, we immediately connected over our love for both the US and Nepal.

Over the years, Mr Giri has turned into a mentor, a trusted confidant and a close advisor for the two non-profit that I run, one in Nepal and another in the US. Both of these non-profits work with the marginalized and vulnerable communities and issues, and Mr Giri is often the first person I go to for advice, whether it is to discuss strategies of programs and projects, or when it is about fundraising strategies for the organisations.

He also personally gets invested in addressing critical challenges the South Asian, esp. Nepali speaking community is facing, here in the US. For example, he was one of the first and key donors for the **'Hope and Unity'** conference in November 2024 that was held at the UC Berkeley campus that brought together youth and community leaders from across the US with origins in Nepal, India, Bhutan, Tibet and Myanmar. The conference was the first of its kind to unite Nepali speaking immigrants in the US, addressing the mental health needs of young Nepali-speaking communities. Mr Santosh Giri's role in designing the event and helping put it together was crucial. As a result, the group is now in conversation with the Contra Costa county officials in bringing mental health initiatives and programs in the SF Bay Area.

One thing that I mostly admire about Mr Giri is when it comes down to various biases and discrimination within the Nepali community, here in the US and in Nepal, especially around caste and class based discrimination, he is very clear headed and does not steer away from intervening in such

situations. Whether it is directly reaching out to victims, or interacting with various fellow community leaders to address such situations head on, he is always there to do the right thing.

I feel fortunate to have known him and received his mentorship and friendship over the years, and hope the world had more of Santosh Giris.

If there is any question or follow up, please do not hesitate to reach out.

Sincerely,

Pratik Chhetri, MPH, MSc
+1-9894008424
pc2991@nyu.edu

43





सन्नी सगरमाथा समाज

## Sunnyvale, California

### A California 501(C)Non Profit

January 29, 2025

### Recommendation letter - Santosh Giri

Sunny Sagarmatha Samaj is a non-profit organization that promotes and preserves Nepalese culture and traditions in the Bay Area, California. It organizes cultural events and programs throughout the year and aims to create a sense of community and pride among Nepalese living in the area. It also strives to empower the community through education and social support and to share their culture with others.

We write this letter in support of Mr. Santosh Giri, who is currently awaiting his sentencing at the court. We are saddened by this situation, but we believe our community's plight would be heard.

Mr. Giri has never said no to any of our community events and always came forward with open arms, mind and heart to support every effort of our community in the south bay. He has volunteered at our events, provided food and delivery to 1500 people at annual picnic at a last hour request, helped raise funds for Nepali social leaders like Dr. Mahabir Pun, Ujwal Thapa and supported the Nepali Language classes. He has been a key advisor for many issues our community faces on a regular basis as one of our guardians. He has advocated for mental health programs, immigrant rights, health camps, labor laws, cultural events and community leadership building.

We request that Mr. Giri be considered with mercy during the sentencing as his numerous positive contributions outweigh the consequences he is facing now. Mr. Giri will do everything he can to support, promote, advocate, train, manage and lift our struggling community if he is sentenced for rigorous community work for our fastest growing community in California, which is currently the fastest growing Asian community in America.

The fastest-growing subgroup among Asian Americans was the Nepalese population (+216% in California), which more than tripled between 2010 and 2020, growing from 6,200 to nearly 20,000 over the last decade (https://www.sfchronicle.com/projects/2023/california-asian-population-growth/). We need community leaders and guardians like Mr. Giri ro shape our community and help our community from one of the least developed nations in the world to gradually thrive in the United States.

Your consideration to grant Mr. Giri nominal implications for the crime he is involved in, would go a long way not only for Mr. Giri but for his family as well as our Nepali Community family in the United States.

Faithfully,

**Chet Bahadur Raut**
**President**

44

# LAW OFFICE OF SCOTT A. MOSSMAN

6114 La Salle Ave #578, Oakland CA 94611-2802  /  510-835-1115  /  scott@smossmanlaw.com

*Sent via email to:*                                                                                    23 May 2024

Ginny Walia, Attorney
ginny@walialawfirm.com

**Re:     Plea Advice Letter for Santosh Giri**

Dear Ms. Walia:

I am writing to advise you on the immigration consequences of pleading Santosh Giri to 18 U.S.C. § 4 (misprision of a felony).  A conviction for this offense would not make Mr. Giri deportable so long as he remains in the United States.  Within the jurisdiction of the Ninth and Second Circuits, a misprision conviction also would not make him inadmissible (i.e., subject to denial of admission and removal if he travels abroad and seeks reentry), but it would in other parts of the United States.

<u>Summary of Facts</u>

Santosh Giri is a national of Nepal who was admitted to the United States on an F1 student visa on July 10, 2005.  He later changed to H1B nonimmigrant status within the United States as a worker in a specialty occupation.  Mr. Giri adjusted to lawful permanent residence through his spouse's employment on May 13, 2011.

Mr. Giri is married to Mameeta Nepali Giri, who has naturalized to U.S. citizenship.  They have two children, Bivuti and Ozas, who are also both U.S. citizens.  Bivuti just started college and Ozas is in middle school.  Mr. Giri's father passed away in 2019 and his mother resides in Nepal. She is 70 years old and has arthritis, which makes it difficult for her to take the long flight to visit her son and grandchildren in the United States.

The indictment in the current matter was filed against Mr. Giri and two co-defendants on February 28, 2019.  It alleges Mr. Giri and two co-defendants, Kishore Dattapuram and Kumar Aswapathi, conspired to commit visa fraud in violation of 18 U.S.C. § 1546(a) and aided and abetted the same.  The co-defendants operated Nanosemantics, Inc., a consulting firm that placed IT workers with third-party clients.  According to the discovery materials, Mr. Giri worked as a freelance paralegal for Nanosemantics, as well as for numerous law firms.

The indictment alleges that the three defendants conspired together and aided and abetted each other to file labor certification applications and H1B nonimmigrant visa petitions for employers who did not intend to employ the beneficiaries.  The filings allegedly contained false statements and false supporting documentation.  After approval, Nanosemantics allegedly moved the beneficiaries to other end-clients.

# LAW OFFICE OF SCOTT A. MOSSMAN

Mr. Giri has participated in two proffer sessions with the U.S. Attorney's Office and has expressed a willingness to cooperate with the prosecution of his co-defendants. Mr. Giri has no other criminal record.

## Immigration Consequences of Conviction of the Charged Offenses

Conviction of 18 U.S.C. § 1546(a), aiding or abetting a violation of § 1546(a), or conspiring to commit it, would make Mr. Giri deportable pursuant to the express terms of the Immigration and Nationality Act (INA):

> Any alien who at any time has been convicted... of a violation of, or an attempt or a conspiracy to violate, section 1546 of title 18 (relating to fraud and misuse of visas, permits, and other entry documents), is deportable.

8 USC § 1227(a)(3)(B)(iii). The application of this text to 18 U.S.C. § 1546(a), or attempt or conspiracy to commit it, is straightforward: a conviction categorically makes an admitted noncitizen like Mr. Giri deportable. *See Gourche v. Holder*, 663 F. 3d 882, 886 (7th Cir. 2011) ("we have not been able even to imagine" a reason for Congress to distinguish among the types of conduct prohibited by 18 U.S.C. § 1546 for purposes of deportability under § 1227(a)(3)(B) (iii)). The statute does not explicitly refer to aiding and abetting a violation of section 1546, but the Supreme Court has long held that the INA definitions used for deportability do not distinguish between principals and aiders and abettors. *See Gonzales v. Duenas-Alvarez*, 127 S. Ct. 815, 820 (2007) (aggravated felony theft definition includes aiding and abetting theft). That means conviction of any of the charged offenses would make Mr. Giri vulnerable to loss of his permanent resident status and removal, despite his long residence and U.S. citizen wife and children.[1]

---

[1] Conviction on more than one of the alleged counts would render Mr. Giri deportable for an additional, independent reason: conviction of two or more crimes involving moral turpitude not arising out of a single scheme of criminal misconduct. *See* 8 U.S.C. § 1227(a)(2)(ii). The single scheme exception to that ground of deportability is extremely narrow and applies only where multiple convictions result from what is essentially a single act. *See Szonyi v. Whitaker*, 915 F.3d 1228, 1237 (9th Cir. 2019) (sexual assaults against three victims committed over the course of six hours were not a single scheme of misconduct).

Further, a conviction for 18 U.S.C. § 1546(a) would meet the immigration definition of an "aggravated felony" if it results in a sentence to 12 months or more of imprisonment (suspended or not), unless it is a first offense committed only for the benefit of the offender's child, spouse, or parent. *See* 8 U.S.C. § 1101(a)(43)(P). An aggravated felony conviction not only makes an admitted noncitizen deportable, but also statutorily bars the noncitizen from naturalization and most forms of relief from removal. *See* 8 U.S.C. §§ 1158(b)(2)(B)(i), 1227(a)(2)(A)(iii), 1229b(a)(3), 1229c(a)(1). Additionally, an aggravated felony conviction makes the noncitizen subject to mandatory detention without bond during removal proceedings. 8 U.S.C. § 1226(c)(1)(B).

# LAW OFFICE OF SCOTT A. MOSSMAN

### Safer Alternative: 18 U.S.C. § 4

A conviction for misprision of a felony would not make Mr. Giri subject to removal under the current law of the U.S. Court of Appeals for the Ninth Circuit. Unlike 18 USC § 1546, the INA does not specifically designate 18 U.S.C. § 4 as a deportable offense. The Solicitor General further has conceded to the Supreme Court that federal misprision of a felony is not a deportable aggravated felony as an obstruction of justice offense. *See Pugin v. Garland*, 143 S. Ct. 1833, 1841 & n.2 (2023).

The Board of Immigration Appeals (BIA) has held that 18 U.S.C. § 4 meets the crime involving moral turpitude (CIMT) definition. *See In re Mendez*, 27 I&N Dec. 219, 223 (BIA 2018); *In re Robles*, 24 I&N Dec. 22, 26 (BIA 2006). It reached that conclusion based on the Eleventh Circuit's decision in *Itani v. Ashcroft*, 298 F.3d 1213 (11th Cir. 2002) (18 U.S.C. § 4 is a CIMT). The Fifth Circuit has also held that federal misprision is a CIMT. *See Villegas-Sarbia v. Sessions*, 874 F.3d 871, 877-78 (5th Cir. 2017). In removal proceedings held in those circuits, a single conviction for 18 U.S.C. § 4 would make Mr. Giri inadmissible if he travels abroad and seeks readmission, for example after visiting his elderly mother. *See* 8 U.S.C. §§ 1182(a)(2)(A)(i)(I), 1227(a)(2)(A)(i).

*However*, the Ninth Circuit has held that 18 U.S.C. § 4 is not a CIMT because, although it requires an act of concealment, it does not require a specific intent to conceal a crime or obstruct justice. *See Robles-Urrea v. Holder*, 678 F.3d 702, 710 (9th Cir. 2012), *rev'g In re Robles*, 24 I&N Dec. 22 (BIA 2006); *see also Mendez v. Barr*, 960 F.3d 80, 89 (2d Cir. 2020), *rev'g In re Mendez*, 27 I&N Dec. 219 (BIA 2018). Mr. Giri therefore would not be subject to removal in proceedings in either the Ninth or Second circuits.

### Conclusion

Please let me know if you or the U.S. Attorney have any questions about this advice. Additionally, let me know once you and the U.S. Attorney agree to a tentative resolution of the matter so that I may advise Mr. Giri on the immigration consequences of it.

Regards,

_____

Scott A. Mossman, Attorney