UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** April 21, 2025 | **Time:** 1:55-2:14 PM | **Judge:** Edward J. Davila |
| | **Total Time:** 19 min | |
| **Case No.** 5:19-cr-00019-3 EJD | **Case Name:** *United States v. Santosh Giri* (P) (NC) | |

**Attorney for Plaintiff:**     Johnny James

**Attorney for Defendant:**     Ginny Walia

**Deputy Clerk:** Cheré Robinson            **Court Reporter:** Irene Rodriguez

**Probation:** Ashley Polk

**PROCEEDINGS – SENTENCING**

Defendant present and not in custody.  Hearing held.

The Court GRANTS the Government motion for downward departure pursuant to U.S.S.G. § 5K1.1.

The Court GRANTS a variance.

The Court sentenced Defendant as follows:

> Defendant is sentenced to 3 years of Probation as to Counts One and Two through Eleven of the Indictment (ECF No. 1, filed February 28, 2019), to be served concurrently.  As a condition of Probation, the Court orders Defendant to complete 200 hours of community service, concurrently as to each count.

> The Court adopts the Probation Officer's recommendations as to the conditions of supervision/probation.

> A special assessment fee of $1,100.00 is imposed.  The Court imposes a fine in the amount of $2,500.00.

The Court further orders Defendant's interest in $66,100.00 in proceeds obtained from the fraudulent scheme forfeited to the United States.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

1

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: